**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **SureFunding, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **35-2497898** |
| 4. | **Debtor's address** | **Principal place of business** **6671 Las Vegas Blvd. Suite 210 Las Vegas, NV 89119** Number, Street, City, State & ZIP Code **Clark** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **SureFunding, LLC**      Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **5239**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor   **SureFunding, LLC**                                              Case number (*if known*)
         Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | **Estimated number of creditors** | ☐ 1-49<br>■ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  **SureFunding, LLC**  
     Name

Case number (*if known*)

■ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 14, 2020**  
                 MM / DD / YYYY

X _/s/ signature_  
   Signature of authorized representative of debtor

**John Palmer, for Tamarack Associates, Inc.**  
Printed name

Title   **Independent Manager**

**18. Signature of attorney**

X **/s/ Thomas M. Horan**  
   Signature of attorney for debtor

Date  **April 14, 2020**  
       MM / DD / YYYY

**Thomas M. Horan**  
Printed name

**Fox Rothschild LLP**  
Firm name

**919 North Market Street, Suite 300**  
**Wilmington, DE 19801**  
Number, Street, City, State & ZIP Code

Contact phone  **302-654-7444**     Email address  **thoran@foxrothschild.com**

**DE Bar No. 4641**  
Bar number and State

# UNANIMOUS WRITTEN CONSENT OF THE MANAGERS OF SUREFUNDING, LLC

The undersigned, being all of the Managers of SureFunding, LLC (the "Company") do hereby adopt the following resolutions, which resolutions shall have the same force and effect as if adopted by a vote of the Managers of the Company (the "Managers") at a duly convened meeting held for such purposes:

WHEREAS, the Managers, acting pursuant to the laws of the State of Delaware, have considered the financial and operational aspects of the business of the Company;

WHEREAS, the Managers have reviewed the historical performance of the Company, the market for the Company's products, and the current and long-term liabilities of the Company;

WHEREAS, the Managers have, over the last several months, reviewed the materials presented to it by management of the Company, with input from the Company's legal and financial advisors (including the law firm of Fox Rothschild LLP), regarding the need to undertake a financial restructuring of the Company;

WHEREAS, the Managers have considered the financial and strategic alternatives available to the Company in the current circumstances.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Managers, it is desirable and in the best interests of the Company, its respective creditors, employees, equity holders and other interested parties that the Company commence a chapter 11 case by filing a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code for the Company in the United States Bankruptcy Court for the District of Delaware;

RESOLVED, that the Managers be, and each of them hereby is, authorized on behalf of the Company

to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to further take any and all actions and steps deemed by any such Manager to be necessary or desirable in connection with the Company's chapter 11 case, and otherwise to fulfill the obligations of the Company pursuant thereto;

RESOLVED, that the Managers have previously authorized the engagement of legal counsel in connection with the proposed reorganization, and hereby further ratify and approve the engagement of Fox Rothschild LLP ("Fox") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Managers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Fox;

RESOLVED, effective as of April 13, 2020 Gavin/Solmonese LLC ("G/S") shall be and hereby is appointed to provide a chief restructuring and liquidation officer ("CRLO") to the Company, the CRLO serving as an officer of the Company reporting to the Managers, and with the CRLO reporting directly to the Independent Manager on all aspects of the Chapter 11 Case, with full power to call meetings of the Managers and to establish agendas for such meetings, and with the direction or authorization of the Managers to, among other actions that would be customary for one serving in the capacity of a chief restructuring and liquidation officer.

RESOLVED, that the Managers of the Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Managers are hereby authorized and directed to execute appropriate retention agreements, pay

appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED, that any and all actions heretofore taken by any Manager of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, the undersigned have duly executed this Consent as of April 14, 2020.

MANAGERS

*/s/ Justin Abernathy*
Justin Abernathy

*/s/ Jason Abernathy*
Jason Abernathy

John Palmer, Independent Manager

Active\109534189.v1-4/14/20

IN WITNESS WHEREOF, the undersigned have duly executed this Consent as of April 14, 2020.

MANAGERS

_____
Justin Abernathy

_____
Jason Abernathy

*[signature]*
_____
John Palmer, Independent Manager for
Tamarack Associates, Inc

Fill in this information to identify the case:

Debtor name: **SureFunding, LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Brett Hatton<br>2906 South 4th Street<br>Austin, TX 78704 | Brett Hatton<br><br>bretthattonatx@gmail.com | promissory note, subject to recharacterization | Contingent<br>Unliquidated<br>Disputed | | | $4,051,144.64 |
| Autumn Wind Global Multi-Strategies Fund<br>10132-G Colvin Run Road<br>Great Falls, VA 22066 | Neal Falkenberry<br><br>tnf@autumnwind.com | promissory note, subject to recharacterization | Contingent<br>Unliquidated<br>Disputed | | | $3,746,281.53 |
| Damon Gersh<br>84 Longview Rd.<br>Port Washington, NY 11050 | Damon Gersh<br><br>DGersh@maxons.com | promissory note, subject to recharacterization | Contingent<br>Unliquidated<br>Disputed | | | $2,468,212.89 |
| Jason Eckenroth<br>3765 Wild Plum<br>Boulder, CO 80304 | Jason Eckenroth<br><br>jason@eckenroth.com | promissory note, subject to recharacterization | Contingent<br>Unliquidated<br>Disputed | | | $2,428,916.49 |
| Wayne James and Associates, LLC<br>2903 Lepage Street Suite 3<br>New Orleans, LA 70119 | Wayne James and Brian James<br><br>waynejam1@yahoo.com | promissory note, subject to recharacterization | Contingent<br>Unliquidated<br>Disputed | | | $2,213,244.53 |
| The Sherri Sands Revocable Trust<br>5137 Jungle Plum Road<br>Sarasota, FL 34242 | Greg Sands and Sherri Sands<br><br>SSands@srsandco.com,<br>Gsands@srsandco.com | promissory note, subject to recharacterization | Contingent<br>Unliquidated<br>Disputed | | | $2,140,732.30 |

Debtor **SureFunding, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aliva Investments, Inc.**<br>**930 Tahoe Blvd. 802-511**<br>**Incline Village, NV 89451** | **Tony Lillios**<br>tony.lillios@gmail.com | promissory note, subject to recharacterization | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $1,926,659.07 |
| **Carrickfergus Investments Limited**<br>**3076 Sir Francis Drakes Highway Road**<br>**Tortola, BVI** | **Stephane Carnot**<br>stephane@carnot.us | promissory note, subject to recharacterization | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $1,686,354.65 |
| **Family Iron Trust**<br>**5348 Vegas Drive #778**<br>**Las Vegas, NV 89119** | **Duncan Ironmonger**<br>duncani@scufgaming.com | promissory note, subject to recharacterization | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $1,106,800.85 |
| **Dennis Pedra**<br>**3202 Plantation Village Village**<br>**Dorado, PR 00646** | **Dennis Pedra**<br>dennispedra@yahoo.com | promissory note, subject to recharacterization | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $1,070,366.14 |
| **Glickfield Capital Management, LLC FBO M. Glickfield Dynasty Trust**<br>**725 Rockville Pike 3rd Floor**<br>**Rockville, MD 20852** | **Louis Glickfield**<br>lg@louisglickfield.com | promissory note, subject to recharacterization | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $1,069,923.86 |
| **Self Directed IRA Services, Inc. Custodian Earl Coronel**<br>**P.O. Box 180344**<br>**Hawaii National Park, HI 96718** | **Earl Coronel**<br>earlmcornell@me.com | promissory note, subject to recharacterization | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $653,559.59 |
| **Equity Trust Company Custodian FBO David Zebrowski**<br>**11 Dorado Beach East**<br>**Dorado, PR 00646** | **David Zebrowksi**<br>d_zebrowski@yahoo.com | promissory note, subject to recharacterization | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $576,949.73 |
| **Jack C. Fortnum**<br>**4289 Deephaven Lane**<br>**Naples, FL 34119** | **Jack Fortnum**<br>fortnumjack@gmail.com | promissory note, subject to recharacterization | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $563,130.95 |
| **Dylan Taylor**<br>**8 Lilhaven Lane**<br>**Littleton, CO 80123** | **Dylan Taylor**<br>dylantaylor4@gmail.com | promissory note, subject to recharacterization | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $554,015.15 |

Debtor **SureFunding, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sequris Group, LLC**<br>**1071 N. Campbell Rd.**<br>**Royal Oak, MI 48067** | **Eric Eder**<br>eric@sequrisgroup.com | **promissory note, subject to recharacterization** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $552,179.87 |
| **ESECO, LLC**<br>**47911 Halyard Drive Suite 100**<br>**Plymouth, MI 48170** | **Eric Eder**<br>eric@sequrisgroup.com | **promissory note, subject to recharacterization** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $552,179.87 |
| **The Briggs Management Trust**<br>**4 Valbella Dr.**<br>**Austin, TX 78746** | **Matt Briggs**<br>MBriggs@fourhands.com | **promissory note, subject to recharacterization** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $544,029.08 |
| **BF LP**<br>**9041 E. Wesley Drive**<br>**Denver, CO 80231** | **Randy Brunschwig**<br>randy@excelldealers.com | **promissory note, subject to recharacterization** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $535,183.08 |
| **Dylan Taylor 2011 Grantor Trust**<br>**401 East 8th Street Suite 319**<br>**Sioux Falls, SD 57103** | | **promissory note, subject to recharacterization** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $535,183.07 |

# United States Bankruptcy Court
## District of Delaware

In re  SureFunding, LLC

Debtor(s)

Case No.

Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Abernathy Online Management, Inc.<br>6671 Las Vegas Blvd S<br>Suite 210<br>Las Vegas, NV 89119 | | | |
| CTJT Family Trust<br>425 Road 693 PMB 310<br>Dorado, PR 00646 | | 46.782648 | |
| CYB Holdings, LP<br>6671 Las Vegas Blvd S<br>Suite 210<br>Las Vegas, NV 89119 | | | |
| Grannan Holdings, LP<br>6671 Las Vegas Blvd S<br>Suite 210<br>Las Vegas, NV 89119 | | | |
| HARRAY Holdings Trust<br>425 Road 693 PMB 310<br>Dorado, PR 00646 | | 21.526094 | |
| SIA & Associates, LLC<br>6671 Las Vegas Blvd S<br>Suite 210<br>Las Vegas, NV 89119 | | 17.159662 | |
| SureFunding Holdings, LLC<br>6671 Las Vegas Blvd S<br>Suite 210<br>Las Vegas, NV 89119 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Independent Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  April 14, 2020

Signature  _[signature]_
John Palmer, for Tamarack Associates, Inc.

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## District of Delaware

In re   **SureFunding, LLC**                                                              Case No.
                                              Debtor(s)                                   Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **SureFunding, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**CTJT Family Trust**
**425 Road 693 PMB 310**
**Dorado, PR 00646**

**HARRAY Holdings Trust**
**425 Road 693 PMB 310**
**Dorado, PR 00646**

**SIA & Associates, LLC**
**6671 Las Vegas Blvd S**
**Suite 210**
**Las Vegas, NV 89119**

☐ None [*Check if applicable*]

**April 14, 2020**                                              **/s/ Thomas M. Horan**
Date                                                            **Thomas M. Horan**
                                                                Signature of Attorney or Litigant
                                                                Counsel for   **SureFunding, LLC**
                                                                **Fox Rothschild LLP**
                                                                **919 North Market Street, Suite 300**
                                                                **Wilmington, DE 19801**
                                                                **302-654-7444 Fax:302-656-8920**
                                                                **thoran@foxrothschild.com**

**Fill in this information to identify the case:**

Debtor name   **SureFunding, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **Corporate Ownership Statement (Rule 7007.1)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 14, 2020**       X  /s/ signature
                                          Signature of individual signing on behalf of debtor

**John Palmer, for Tamarack Associates, Inc.**
Printed name

**Independent Manager**
Position or relationship to debtor