# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SureFunding, LLC,[1] | Case No. 20-10953 (LSS) |
| Debtor. | |

## NOTICE OF TELEPHONIC STATUS CONFERENCE

PLEASE TAKE NOTICE THAT the Court has scheduled a telephonic status conference to be held in the above-captioned case on **Tuesday, April 21, 2020 at 2:00 p.m. Eastern Daylight Time** (the "Conference").

PLEASE TAKE FURTHER NOTICE THAT any parties wishing to appear at the conference must make arrangements by contacting CourtCall at 866-582-6878 in accordance with the procedures established by the United States Bankruptcy Court for the District of Delaware.

Dated:  April 16, 2020

FOX ROTHSCHILD LLP

*/s/ Thomas M. Horan*
Thomas M. Horan (DE Bar No. 4641)
Daniel B. Thompson (DE Bar No. 6588)
919 N. Market St., Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 654-7444
E-mail: thoran@foxrothschild.com
E-mail: DanielThompson@foxrothschild.com

Michael A. Sweet (*pro hac vice* pending)
325 California St., Suite 2200
San Francisco, CA 94104-2670
Telephone: (415) 364-5560
E-mail: msweet@foxrothschild.com

---

[1] The last four digits of the Debtor's taxpayer identification number is 7898. The Debtor's headquarters and service address is 6671 Las Vegas Blvd., Suite 210, Las Vegas, NV 89119.

109628596

Gordon E. Gouveia (*pro hac vice* pending)
321 N. Clark St., Suite 1600
Chicago, IL 60654
Telephone: (312) 980-3816
E-mail: ggouveia@foxrothschild.com

*Counsel to the Debtor*