# **<u>EXHIBIT A</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SureFunding, LLC,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 20-10953 (LSS) |

**ORDER GRANTING DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF FOX ROTHSCHILD, LLP AS COUNSEL FOR THE DEBTOR EFFECTIVE AS OF THE PETITION DATE**

Upon the application (the "Application")[2] of SureFunding, LLC, as debtor and debtor-in-possession (the "Debtor") for entry of an order (this "Order") authorizing the Debtor to retain and employ the law firm of Fox Rothschild LLP ("Fox Rothschild" or the "Firm") as counsel for the Debtor in this chapter 11 case, effective as of April 14, 2020, pursuant to sections 327(a), 328, 1107, and 1108 of the Bankruptcy Code; Rules 2014(a), 2016, 5002, and 9034 of the Federal Rules of Bankruptcy and Local Rule 2014-1; this Court having found that the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court hereby finds (1) notice of the Application was good and sufficient as provided therein and under the circumstances; (2) Fox Rothschild (a) does not represent any other entity having an interest materially adverse to the interests of the Debtor in connection with this chapter 11 case, (B) is a "disinterested person" within the meaning of 11 U.S.C. § 101(14), as modified by Bankruptcy Code section 1107(b), and used in Bankruptcy Code section 327(a), and (c) being employed as Debtor's counsel is necessary and in the best interests of the Debtor and its estate; and (3) good cause exists to approve the retention and employment of Fox Rothschild; and the Court having reviewed the Application and having heard the statements in support of the relief

---

[1] The last four digits of the Debtor's taxpayer identification number is 7898. The Debtor's headquarters and service address is 6671 Las Vegas Blvd., Suite 210, Las Vegas, NV 89119.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

109645998

requested therein before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ordered that:

1. The Application is granted as set forth herein.

2. Under 11 U.S.C. §§ 327(a) and 328, Rules 2014(a), 2016(b), and 5002 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014, the Debtor is authorized to retain and employ Fox Rothschild as counsel for Debtor effective as of April 14, 2020, to perform the services set forth in the Application.

3. Fox Rothschild may seek compensation for its fees and expenses incurred on behalf of the Debtor, consistent with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the United States Trustee Guidelines, and any applicable rules or orders of this Court, from the Debtor's estate. All expenses will be reimbursed at their actual cost.

4. The Court retains exclusive jurisdiction over all matters arising from or related to the implementation, interpretation, and enforcement of this Order.