**Fill in this information to identify the case:**

Debtor name   **SureFunding, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **20-10953-LSS**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................... $        **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.................................................................................... $        **36,112,799.92**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................................... $        **36,112,799.92**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $        **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $        **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$        **40,194,391.23**

4.   **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b         $        **40,194,391.23**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **SureFunding, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **20-10953-LSS**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Wintrust Funds Group** | **Participation - Checking** | **6603** | **$2,139,519.40** |
| 3.2. | **Wintrust Funds Group** | **Operating - Checking** | **6148** | **$22,419.20** |
| 3.3. | **Wintrust Funds Group** | **IOU Central - Checking** | **1699** | **$601.32** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $2,162,539.92 |
   | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **SureFunding, LLC** | Case number *(If known)* **20-10953-LSS** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 8.1. | **FTI Consulting, Inc. Retainer** | $150,000.00 |

| 9. | **Total of Part 2.** | $150,000.00 |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:** Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:** Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | |
| 15.1. | **Investment - Great American Power Holding, LLC** | 33 % | Recent cost | $250,000.00 |
| 15.2. | **Investment - Sand Pharmacy Portfolio 2017 LLC** | 6 % | Recent cost | $279,988.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |

| 17. | **Total of Part 4.** | $529,988.00 |
|---|---|---|
| | Add lines 14 through 16. Copy the total to line 83. | |

**Part 5:** Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **SureFunding, LLC**                                    Case number *(If known)* **20-10953-LSS**
          Name

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** **Dance Music Song Collection** | **$48,534.00** | Recent cost | **$32,707.00** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66.   **Total of Part 10.**                                                   **$32,707.00**
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |
|----------|-------------------|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

| Debtor | **SureFunding, LLC** | Case number *(If known)* **20-10953-LSS** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

| | | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|

| 71. | **Notes receivable** Description (include name of obligor) | | | | | |
|---|---|---|---|---|---|---|
| | **Promissory Note - NCM Wireless** | **1,244,274.00** Total face amount | - | **0.00** doubtful or uncollectible amount | = | **$1,244,274.00** |
| | **Subordinated Secured Term Loan - Great American Power Holding LLC** | **158,437.00** Total face amount | - | **0.00** doubtful or uncollectible amount | = | **$158,437.00** |
| | **Promissory Note - Great American Power Holding, LLC** | **350,072.00** Total face amount | - | **0.00** doubtful or uncollectible amount | = | **$350,072.00** |
| | **Promissory Note - Great American Power Holding, LLC** | **209,440.00** Total face amount | - | **0.00** doubtful or uncollectible amount | = | **$209,440.00** |
| | **Promissory Note - Great American Power Holding, LLC** | **208,737.00** Total face amount | - | **0.00** doubtful or uncollectible amount | = | **$208,737.00** |
| | **Convertible Promisory Note - Scidera, Inc.** | **757,000.00** Total face amount | - | **0.00** doubtful or uncollectible amount | = | **$757,000.00** |

| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
|---|---|---|
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** **Lawsuit: ECP Holdings III, LLC ("ECP-III"); ECP Holdings V, LLC; SureFunding V, LLC; MCS Agent, LLC; Marketplace Capital Strategies, LLC; and SureFunding, LLC v. Tradepay Capital, LLC a Flordia Limited Liability Company et al.; C.A. 2019-031155-CA-01[Pending] [Eleventh Judicial Circuit of Flordia]** | **Unknown** |
| | Nature of claim | **Breach of Contract, conversion, negligence, breach of fiduciary duty, fraud** |
| | Amount requested | **Unknown** |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** **Warrants for Purchase of 2,282,609 shares of Conversion Labs, Inc. at $0.28 per share** | **Unknown** |

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **SureFunding, LLC**                                    Case number *(If known)*  **20-10953-LSS**
          Name

| | |
|---|---|
| **Business Cash Participations - Bizfi** | **$0.00** |
| **Business Cash Participations - Fora Financial** | **$0.00** |
| **Business Cash Participations - New Era** | **$0.00** |
| **Business Cash Participations- Cap Call** | **$0.00** |
| **Business Cash Participations - eProdigy** | **$0.00** |
| **Business Cash Participations - Everest** | **$0.00** |
| **ECP Holdings I LLC - Workers Comp. Medical Receivables Owned by CreditPoint Financial** | **$1,339,991.00** |
| **ECP Holdings II LLC - Sand Pharmacy Portfolio 2017 LLC** | **$223,991.00** |
| **ECP Holdings III LLC - Tradepay Receivables** | **$28,745,623.00** |

78.    **Total of Part 11.**                                                **$33,237,565.00**
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **SureFunding, LLC**
       Name

Case number *(If known)* **20-10953-LSS**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,162,539.92 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $150,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $529,988.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $32,707.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $33,237,565.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $36,112,799.92 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $36,112,799.92 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       

**Fill in this information to identify the case:**

Debtor name   **SureFunding, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **20-10953-LSS**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1    Cantor Fitzgerald Securities**
Creditor's Name

**110 E. 59th St.
New York, NY 10022**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Rights, title and interests in favor of or payable to the Debtor in respect to loans or participations made by the Debtor to its funding partners.**

**Describe the lien**
**Promissory Note/Collateral Agent for Certain Noteholders**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

| Unknown | Unknown |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$0.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **SureFunding, LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known) **20-10953-LSS**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**  **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$267,591.53** |
|---|---|---|---|

**1086, LLC**
**Attn. Dean Graham**
**16 W. Kirke Street**
**Chevy Chase, MD 20815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/23/2019**

Basis for the claim: **Note**

Last 4 digits of account number **100**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,926,659.07** |
|---|---|---|---|

**Aliva Investments, Inc.**
**Attn: Tony Lillios**
**930 Tahoe Blvd.**
**802-511**
**Incline Village, NV 89451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Note**

Last 4 digits of account number **Various**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,746,281.53** |
|---|---|---|---|

**Autumn Wind Global Multi-Strategies Fund**
**Attn: Neal Falkenberry**
**10132-G Colvin Run Road**
**Great Falls, VA 22066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Note**

Last 4 digits of account number **Various**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$267,591.53** |
|---|---|---|---|

**Beach Ball Capital, LLC**
**Attn: Steve Freedman**
**455 Heards Ferry Road**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/20/2019**

Basis for the claim: **Note**

Last 4 digits of account number **110**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **SureFunding, LLC** | | Case number (if known) | **20-10953-LSS** |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,337.58 |
|---|---|---|---|
| | **Berg Associates** | ☐ Contingent | |
| | **9903 Old Park Place** | ☐ Unliquidated | |
| | **Bradenton, FL 34202** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $535,183.08 |
|---|---|---|---|
| | **BF LP** | ☐ Contingent | |
| | **Attn: Randy Brunchwig** | ☐ Unliquidated | |
| | **9041 E. Wesley Drive** | ☐ Disputed | |
| | **Denver, CO 80231** | | |
| | Date(s) debt was incurred 6/4/2019 | Basis for the claim: **Note** | |
| | Last 4 digits of account number 124 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $66,999.14 |
|---|---|---|---|
| | **Blake Coler-Dark** | ☐ Contingent | |
| | **27 N. La Senda Drive** | ☐ Unliquidated | |
| | **Laguna Beach, CA 92651** | ☐ Disputed | |
| | Date(s) debt was incurred 12/13/2018 | Basis for the claim: **Note** | |
| | Last 4 digits of account number 90 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,051,144.64 |
|---|---|---|---|
| | **Brett Hatton** | ☐ Contingent | |
| | **4322 Sunshine Canyon Dr.** | ☐ Unliquidated | |
| | **Boulder, CO 80302** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Note** | |
| | Last 4 digits of account number **Various** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $267,669.52 |
|---|---|---|---|
| | **Brian Gray** | ☐ Contingent | |
| | **6100 35th Street N** | ☐ Unliquidated | |
| | **Arlington, VA 22213** | ☐ Disputed | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Note** | |
| | Last 4 digits of account number **Various** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $214,073.23 |
|---|---|---|---|
| | **Carnot Family Trust** | ☐ Contingent | |
| | **Attn: Stephane Carnot** | ☐ Unliquidated | |
| | **3259 R Street, NW** | ☐ Disputed | |
| | **Washington, DC 20007** | | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Note** | |
| | Last 4 digits of account number **Various** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,686,354.65 |
|---|---|---|---|
| | **Carrickfergus Investments Limited** | ☐ Contingent | |
| | **Attn: Stephane Carnot** | ☐ Unliquidated | |
| | **3076 Sir Francis Drakes Highway Road** | ☐ Disputed | |
| | **Tortola, BVI** | | |
| | Date(s) debt was incurred **Various** | Basis for the claim: **Note** | |
| | Last 4 digits of account number **Various** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **SureFunding, LLC** | Case number (if known) | **20-10953-LSS** |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$277,007.57**

**Charles B. Chokel Trust U/A 4/21/92**
**P.O. Box 2061**
**New Castle, NH 03854**

Date(s) debt was incurred **4/26/2019**

Last 4 digits of account number **117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$262,680.93**

**CNL 401(k) Plan**
**Attn: Chris Lillios**
**255 Fulton Street**
**Palo Alto, CA 94301**

Date(s) debt was incurred **12/13/2018**

Last 4 digits of account number **91**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,093.00**

**Cyberlawfare, LLC**
**342 Barnstable Road**
**Akron, OH 44313**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,468,212.89**

**Damon Gersh**
**84 Longview Rd.**
**Port Washington, NY 11050**

Date(s) debt was incurred **Various**

Last 4 digits of account number **Various**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,070,366.14**

**Dennis Pedra**
**3202 Plantation Village**
**Dorado, PR 00646**

Date(s) debt was incurred **Various**

Last 4 digits of account number **Various**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$554,015.15**

**Dylan Taylor**
**8 South Lilhaven Lane**
**Littleton, CO 80123**

Date(s) debt was incurred **4/26/2019**

Last 4 digits of account number **120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$535,183.07**

**Dylan Taylor 2011 Grantor Trust**
**Attn: Dylan Taylor**
**401 East 8th Street**
**Suite 319**
**Sioux Falls, SD 57103**

Date(s) debt was incurred **6/24/2019**

Last 4 digits of account number **121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SureFunding, LLC** | Case number (if known) | **20-10953-LSS** |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $274,909.01 |
|---|---|---|---|

**Equity Trust Company**
**Custodian FBO Richard L. Rogers, DDS PA**
**6618 Babak Drive**
**Frederick, MD 21702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/7/2019

Basis for the claim:  **Note**

Last 4 digits of account number  103

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,806.03 |
|---|---|---|---|

**Equity Trust Company**
**Custodian FBO Michele Rogers**
**6618 Babak Drive**
**Frederick, MD 21702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/27/2018

Basis for the claim:  **Note**

Last 4 digits of account number  75

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576,949.73 |
|---|---|---|---|

**Equity Trust Company**
**Custodian FBO David Zebrowski**
**11 Dorado Beach East**
**Dorado, PR 00646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Various

Basis for the claim:  **Note**

Last 4 digits of account number  Various

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552,179.87 |
|---|---|---|---|

**ESECO, LLC**
**Attn: Eric Eder**
**47911 Halyard Drive**
**Suite 100**
**Plymouth, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/8/2019

Basis for the claim:  **Note**

Last 4 digits of account number  123

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,106,800.85 |
|---|---|---|---|

**Family Iron Trust**
**Attn: Duncan Ironmonger**
**5348 Vegas Drive**
**#778**
**Las Vegas, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/30/2019

Basis for the claim:  **Note**

Last 4 digits of account number  119

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $284,305.74 |
|---|---|---|---|

**Garfinkel Family Tr., dtd Nov. 22, 2002**
**Francisco Partners**
**One Letterman Drive,**
**Building C, Suite 410**
**San Francisco, CA 94129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/22/2019

Basis for the claim:  **Note**

Last 4 digits of account number  99

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,069,923.86 |
|---|---|---|---|

**Glickfield Capital Management, LLC**
**FBO M. Glickfield Dynasty Trust**
**725 Rockville Pike**
**3rd Floor**
**Rockville, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  Various

Basis for the claim:  **Note**

Last 4 digits of account number  Various

Is the claim subject to offset? ☒ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **SureFunding, LLC** | | Case number (if known) | **20-10953-LSS** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$534,961.92** |
|---|---|---|---|

**Glickfield Capital Management, LLC**
**FBO Cheryl Numark**
**725 Rockville Pike**
**3rd Floor**
**Rockville, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

**Basis for the claim:** **Note**

Last 4 digits of account number **Various**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$534,961.92** |
|---|---|---|---|

**Glickfield Capital Management, LLC**
**FBO Marla Schram**
**725 Rockville Pike**
**3rd Floor**
**Rockville, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

**Basis for the claim:** **Note**

Last 4 digits of account number **Various**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$96,196.53** |
|---|---|---|---|

**Goodwin Procter, LLP**
**1900 N. Street, N.W.**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66,486.00** |
|---|---|---|---|

**Greenspoon Marder**
**Trade Centre South**
**100 West Cypress Creek Road**
**Suite 700**
**Fort Lauderdale, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** ___

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$267,591.53** |
|---|---|---|---|

**HFJ Investments I, LLC**
**Attn: John Holloran**
**3520 Bryn Mawr Drive**
**Dallas, TX 75225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/21/2019**

**Basis for the claim:** **Note**

Last 4 digits of account number **108**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$563,130.95** |
|---|---|---|---|

**Jack C. Fortnum**
**4289 Deephaven Lane**
**Naples, FL 34119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/27/2019**

**Basis for the claim:** **Note**

Last 4 digits of account number **104**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,428,916.49** |
|---|---|---|---|

**Jason Eckenroth**
**3765 Wild Plum**
**Boulder, CO 80304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

**Basis for the claim:** **Note**

Last 4 digits of account number **Various**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **SureFunding, LLC** | | Case number (if known) | **20-10953-LSS** |
|---|---|---|---|---|
| | Name | | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $289,224.11 |
|---|---|---|---|
| | **June Farmer** | ☐ Contingent | |
| | **580 Camino Roble** | ☐ Unliquidated | |
| | **Nipomo, CA 93444** | ☐ Disputed | |
| | Date(s) debt was incurred  **11/20/2018** | Basis for the claim:  **Note** | |
| | Last 4 digits of account number  **86** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,849,686.79 |
|---|---|---|---|
| | **Justin & Lorna Abernathy** | ☐ Contingent | |
| | **2911 Villa Dorado Cond.** | ☐ Unliquidated | |
| | **Dorado, PR 00646** | ☐ Disputed | |
| | Date(s) debt was incurred  **12/13/2018** | Basis for the claim:  **Note** | |
| | Last 4 digits of account number  **95** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $142,507.86 |
|---|---|---|---|
| | **Justin Abernathy 2015 GRAT** | ☐ Contingent | |
| | **2911 Villa Dorado Cond** | ☐ Unliquidated | |
| | **Dorado, PR 00646** | ☐ Disputed | |
| | Date(s) debt was incurred  **12/13/2018** | Basis for the claim:  **Note** | |
| | Last 4 digits of account number  **94** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $277,238.09 |
|---|---|---|---|
| | **Lineage, LLC** | ☐ Contingent | |
| | **Attn: Ram Mattapalli** | ☐ Unliquidated | |
| | **2910 Amber Oaks Ct.** | ☐ Disputed | |
| | **Herndon, VA 20171** | | |
| | Date(s) debt was incurred  **4/23/2019** | Basis for the claim:  **Note** | |
| | Last 4 digits of account number  **115** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $218,889.98 |
|---|---|---|---|
| | **Mark Bitz** | ☐ Contingent | |
| | **13915 Old Coast Road** | ☐ Unliquidated | |
| | **#1003** | ☐ Disputed | |
| | **Naples, FL 34110** | | |
| | Date(s) debt was incurred  **Various** | Basis for the claim:  **Note** | |
| | Last 4 digits of account number  **Various** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $359,081.38 |
|---|---|---|---|
| | **Mark Motichka** | ☐ Contingent | |
| | **7541 Village Road** | ☐ Unliquidated | |
| | **Parker, CO 80134** | ☐ Disputed | |
| | Date(s) debt was incurred  **7/17/2018** | Basis for the claim:  **Note** | |
| | Last 4 digits of account number  **73** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $231,315.21 |
|---|---|---|---|
| | **Mark Teitelbaum** | ☐ Contingent | |
| | **1810 N. Kentucky Street** | ☐ Unliquidated | |
| | **Arlington, VA 22205** | ☐ Disputed | |
| | Date(s) debt was incurred  **11/21/2018** | Basis for the claim:  **Note** | |
| | Last 4 digits of account number  **84** | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **SureFunding, LLC** | | Case number (if known) | **20-10953-LSS** |
|---|---|---|---|---|
| | Name | | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $256,581.96 |
|---|---|---|---|
| | **Marketplace Capital Strategies, LLC**<br>**425 Road 693 PMB 310**<br>**Dorado, PR 00646** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No   ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $294,797.51 |
|---|---|---|---|
| | **McClure FLP**<br>**Attn: Baird Craft**<br>**3516 Carnegie Street**<br>**Houston, TX 77005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  9/11/2018 | Basis for the claim:  Note | |
| | Last 4 digits of account number  79 | Is the claim subject to offset? ☑ No   ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $66,000.00 |
|---|---|---|---|
| | **MCS US, LLC**<br>**6671 Las Vegas Blvd.**<br>**Suite 210**<br>**Las Vegas, NV 89119** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No   ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $259,862.38 |
|---|---|---|---|
| | **Michael Ferranti**<br>**60 Heron Street**<br>**Long Beach, NY 11561** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  Various | Basis for the claim:  Note | |
| | Last 4 digits of account number  Various | Is the claim subject to offset? ☑ No   ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $277,314.93 |
|---|---|---|---|
| | **Michael J. Rainen Trust**<br>**Dated May 4, 1990 as Amended**<br>**1001 10th Ave S.**<br>**#201**<br>**Naples, FL 34102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  4/22/2019 | Basis for the claim:  Note | |
| | Last 4 digits of account number  116 | Is the claim subject to offset? ☑ No   ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $534,888.21 |
|---|---|---|---|
| | **Michael Rubenstein**<br>**95 Horatio Street**<br>**Apt. 6-S**<br>**New York, NY 10014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  9/3/2019 | Basis for the claim:  Note | |
| | Last 4 digits of account number  133 | Is the claim subject to offset? ☑ No   ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $344,295.91 |
|---|---|---|---|
| | **Millennium Trust Company, LLC**<br>**FBO Lend Academy P2P Fund, LP**<br>**1 Pennsylvania Plaza**<br>**16th Floor**<br>**New York, NY 10119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  12/19/2018 | Basis for the claim:  Note | |
| | Last 4 digits of account number  89 | Is the claim subject to offset? ☑ No   ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **SureFunding, LLC** | | Case number (if known) | **20-10953-LSS** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $277,314.93 |
|---|---|---|---|

**Neal J. Glickfield 2018 Trust**
**5106 Manning Dr.**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/22/2019**

Basis for the claim: **Note**

Last 4 digits of account number **114**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $113,282.45 |
|---|---|---|---|

**Patricia B. Jones Revocable Trust**
**Attn: Chris Jones**
**9824 Carmelita Drive**
**Potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/6/2019**

Basis for the claim: **Note**

Last 4 digits of account number **101**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,750.00 |
|---|---|---|---|

**PKF O'Conner Davies, LLP**
**665 Fifth Avenue**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $280,149.36 |
|---|---|---|---|

**Richard Manders**
**15 Clary Street**
**Cambridge, MA 02139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Note**

Last 4 digits of account number **Various**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $107,036.61 |
|---|---|---|---|

**Riverlyn Capital LLC**
**Attn: Steve Cox**
**19 Riverlyn Drive**
**Fort Smith, AR 72903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/22/2019**

Basis for the claim: **Note**

Last 4 digits of account number **102**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $653,559.59 |
|---|---|---|---|

**Self Directed IRA Services, Inc.**
**Custodian Earl Coronel**
**P.O. Box 180344**
**Hawaii National Park, HI 96718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/13/2018**

Basis for the claim: **Note**

Last 4 digits of account number **92**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $279,888.96 |
|---|---|---|---|

**Self Directed IRA Services, Inc.**
**Custodian FBO Thomas Carl Myers**
**3000 Sand Hill Rd.**
**Building 1, Suite 150**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/13/2018**

Basis for the claim: **Note**

Last 4 digits of account number **93**

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **SureFunding, LLC** | Case number (if known) | **20-10953-LSS** |
|---|---|---|---|
| | Name | | |

---

**3.54**

Nonpriority creditor's name and mailing address

**Sequris Group, LLC**
**Attn: Eric Eder**
**1071 N. Campbell Rd.**
**Royal Oak, MI 48067**

Date(s) debt was incurred  **5/8/2019**

Last 4 digits of account number  **122**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ☐ No  ☐ Yes

$552,179.87

---

**3.55**

Nonpriority creditor's name and mailing address

**The Briggs Management Trust**
**Attn: Matt Briggs**
**4 Valbella Dr.**
**West Lake Hills, TX 78746**

Date(s) debt was incurred  **11/19/2018**

Last 4 digits of account number  **85**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ☐ No  ☐ Yes

$544,029.08

---

**3.56**

Nonpriority creditor's name and mailing address

**The John B. Shaw 2012 Family Grantor Tr.**
**Attn: Brent Shaw**
**3949 52nd Street, NW**
**Washington, DC 20016**

Date(s) debt was incurred  **6/14/2019**

Last 4 digits of account number  **126**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ☐ No  ☐ Yes

$273,354.75

---

**3.57**

Nonpriority creditor's name and mailing address

**The Sherri R. Sands Revocable Trust**
**5137 Jungle Plum Road**
**Sarasota, FL 34242**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  **Various**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ☐ No  ☐ Yes

$2,140,732.30

---

**3.58**

Nonpriority creditor's name and mailing address

**Thomas Mark Sanfacon Revocable Trust**
**Attn: Mark Sanfacon**
**5870 Iron Stone Court**
**Centreville, VA 20120**

Date(s) debt was incurred  **9/3/2019**

Last 4 digits of account number  **132**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ■ No  ☐ Yes

$319,100.96

---

**3.59**

Nonpriority creditor's name and mailing address

**Turner and Associates, P.A.**
**4705 Somers Avenue**
**Suite 100**
**North Little Rock, AR 72116**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **_**

Is the claim subject to offset? ■ No  ☐ Yes

$58,196.74

---

**3.60**

Nonpriority creditor's name and mailing address

**Wayne Ferrari**
**34 Lothrop St.**
**Beverly, MA 01915**

Date(s) debt was incurred  **Various**

Last 4 digits of account number  **Various**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Note**

Is the claim subject to offset? ■ No  ☐ Yes

$296,322.10

---

| Debtor | **SureFunding, LLC** | Case number (if known) | **20-10953-LSS** |
|---|---|---|---|
| | Name | | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,213,244.53 |
|---|---|---|---|

**Wayne James and Associates, LLC**
**2903 Lepage Street**
**Suite 3**
**New Orleans, LA 70119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

**Basis for the claim: Note**

Last 4 digits of account number **Various**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line **3.57**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **SureFunding, LLC** | Case number (if known) | **20-10953-LSS** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.8 | **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line __3.27__<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line __3.11__<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line __3.10__<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line __3.48__<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line __3.52__<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line __3.22__<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line __3.54__<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line __3.55__<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line __3.18__<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **SureFunding, LLC** | Case number (if known) | **20-10953-LSS** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.18 **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line __3.45__<br><br>☐  Not listed. Explain ____ | _ |
| 4.19 **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line __3.33__<br><br>☐  Not listed. Explain ____ | _ |
| 4.20 **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line __3.53__<br><br>☐  Not listed. Explain ____ | _ |
| 4.21 **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line __3.19__<br><br>☐  Not listed. Explain ____ | _ |
| 4.22 **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line __3.47__<br><br>☐  Not listed. Explain ____ | _ |
| 4.23 **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line __3.36__<br><br>☐  Not listed. Explain ____ | _ |
| 4.24 **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line __3.12__<br><br>☐  Not listed. Explain ____ | _ |
| 4.25 **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line __3.56__<br><br>☐  Not listed. Explain ____ | _ |
| 4.26 **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line __3.9__<br><br>☐  Not listed. Explain ____ | _ |
| 4.27 **Blank Rome LLP**<br>**Attn: Victoria A. Guilfoyle**<br>**and Stanley B. Tarr**<br>**1201 N. Market Street, Ste. 800**<br>**Wilmington, DE 19801** | Line __3.30__<br><br>☐  Not listed. Explain ____ | _ |

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

| Debtor | **SureFunding, LLC** | Case number (if known) | **20-10953-LSS** |
|---|---|---|---|
| | Name | | |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 40,194,391.23 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 40,194,391.23 |

**Fill in this information to identify the case:**

Debtor name **SureFunding, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **20-10953-LSS**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Agent Fee and Contingent Management Fee Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Marketplace Advisors, LLC**<br>**425 Road 693 PMB 310**<br>**Dorado, PR 00646** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Agent Fee and Contingent Management Fee Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Marketplace Capital Strategies, LLC**<br>**425 Road 693 PMB 310**<br>**Dorado, PR 00646** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Agent Fee and Contingent Management Fee Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **MCS US, LLC**<br>**6671 Las Vegas Blvd.**<br>**Suite 210**<br>**Las Vegas, NV 89119** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Agent Fee and Contingent Management Fee Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **MPA US, LLC**<br>**6671 Las Vegas Blvd.**<br>**Suite 210**<br>**Las Vegas, NV 89119** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **SureFunding, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **20-10953-LSS**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| **2.1** _____ | Street _____<br><br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| **2.2** _____ | Street _____<br><br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| **2.3** _____ | Street _____<br><br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| **2.4** _____ | Street _____<br><br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    **SureFunding, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-10953-LSS**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$2,219,637.00** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ☑ Operating a business<br>☐ Other _____ | **$8,844,717.00** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ☑ Operating a business<br>☐ Other _____ | **$4,814,717.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

| Debtor | **SureFunding, LLC** | Case number *(if known)* **20-10953-LSS** |
| --- | --- | --- |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |
| 3.1. **BERG Associates, LLC**<br>**9903 Old Park Place**<br>**Bradenton, FL 34202** | 1/22/2020 | $25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Asset Recovery Services - Partial payment towards outstanding payable** |
| 3.2. **CyberLawfare, LLC**<br>**342 Old Park Place**<br>**Akron, OH 44313** | 1/30/2020 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Asset Recovery Services** |
| 3.3. **Turner & Associates, P.A.**<br>**4705 Somers Ave.**<br>**Suite 100**<br>**North Little Rock, AR 72116** | 1/30/2020 | $21,123.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Reimbursement of Investigative Services** |
| 3.4. **Turner & Associates, P.A.**<br>**4705 Somers Ave.**<br>**Suite 100**<br>**North Little Rock, AR 72116** | 1/30/2020 | $25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Reimbursement of Asset Identification and Recovery Services** |
| 3.5. **Greenspoon Marder**<br>**100 West Cypress Creek Road**<br>**Suite 700**<br>**Fort Lauderdale, FL 33309** | 2/27/2020 | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **SureFunding Corporate Counsel partial payment towards outstanding payable** |
| 3.6. **Turner & Associates, P.A.**<br>**4705 Somers Ave.**<br>**Suite 100**<br>**North Little Rock, AR 72116** | 2/27/2020 | $21,250.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Reimbursement of Asset Identification and Recovery Services** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | SureFunding, LLC | Case number (if known) | 20-10953-LSS |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.7. MCS US, LLC<br>6671 Las Vegas Blvd.<br>Suite 210<br>Las Vegas, NV 89119 | 1/22/2020 | $9,068.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Expense Reimbursement** |
| 3.8. MCS US, LLC<br>6671 Las Vegas Blvd.<br>Suite 210<br>Las Vegas, NV 89119 | 1/30/2020 | $25,232.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Expense Reimbursement** |
| 3.9. MCS US, LLC<br>6671 Las Vegas Blvd.<br>Suite 210<br>Las Vegas, NV 89119 | 2/21/2020 | $6,695.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Expense Reimbursement** |
| 3.10. MCS US, LLC<br>6671 Las Vegas Blvd.<br>Suite 210<br>Las Vegas, NV 89119 | 2/27/2020 | $19,677.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Expense Reimbursement** |
| 3.11. MCS US, LLC<br>6671 Las Vegas Blvd.<br>Suite 210<br>Las Vegas, NV 89119 | 3/13/2020 | $5,489.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Expense Reimbursement** |
| 3.12. MCS US, LLC<br>6671 Las Vegas Blvd.<br>Suite 210<br>Las Vegas, NV 89119 | 3/27/2020 | $18,263.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Expense Reimbursement** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **SureFunding, LLC**                                    Case number *(if known)*  **20-10953-LSS**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Justin & Lorna Abernathy**<br>**2911 Villa Dorado Cond.**<br>**Dorado, PR 00646**<br>**Noteholder** | **5/2/2019** | **$14,400.73** | **April 2019 Noteholder Interest** |
| 4.2. **Marketplace Capital Strategies, LLC**<br>**425 Road 693 PMB 310**<br>**Dorado, PR 00646**<br>**Intercompany** | **5/10/2019** | **$73,834.44** | **Expense reimbursement per fee agreement between SureFunding, LLC and Marketplace Capital Strategies, LLC** |
| 4.3. **Justin & Lorna Abernathy**<br>**2911 Villa Dorado Cond.**<br>**Dorado, PR 00646**<br>**Noteholder** | **6/4/2019** | **$14,400.00** | **May 2019 Noteholder Interest** |
| 4.4. **Marketplace Capital Strategies, LLC**<br>**425 Road 693 PMB 310**<br>**Dorado, PR 00646**<br>**Intercompany** | **6/14/2019** | **$114,674.12** | **Expense reimbursement per fee agreement between SureFunding, LLC and Marketplace Capital Strategies, LLC** |
| 4.5. **Marketplace Capital Strategies, LLC**<br>**425 Road 693 PMB 310**<br>**Dorado, PR 00646**<br>**Intercompany** | **6/27/2019** | **$88,700.00** | **Expense reimbursement per fee agreement between SureFunding, LLC and Marketplace Capital Strategies, LLC** |
| 4.6. **Justin & Lorna Abernathy**<br>**2911 Villa Dorado Cond.**<br>**Dorado, PR 00646**<br>**Noteholder** | **7/2/2019** | **$14,400.73** | **July 2019 Noteholder Interest** |
| 4.7. **Marketplace Capital Strategies, LLC**<br>**425 Road 693 PMB 310**<br>**Dorado, PR 00646**<br>**Intercompany** | **7/10/2019** | **$92,043.67** | **Expense reimbursement per fee agreement between SureFunding, LLC and Marketplace Capital Strategies, LLC** |
| 4.8. **Justin & Lorna Abernathy**<br>**2911 Villa Dorado Cond.**<br>**Dorado, PR 00646**<br>**Noteholder** | **8/2/2019** | **$14,400.73** | **July 2019 Noteholder Interest** |
| 4.9. **SureFunding Holdings, LLC**<br>**6671 Las Vegas Blvd.**<br>**Suite 210**<br>**Las Vegas, NV 89119**<br>**Intercompany** | **8/7/2019** | **$900,000.00** | **Equity distribution was used to fund SureFunding V, LLC equity to use Congressional Bank line in Tradepay Capital, LLC participations** |
| 4.10. **Marketplace Capital Strategies, LLC**<br>**425 Road 693 PMB 310**<br>**Dorado, PR 00646**<br>**Intercompany** | **8/13/2019** | **$178,970.35** | **Expense reimbursement per fee agreement between SureFunding, LLC and Marketplace Capital Strategies, LLC** |
| 4.11. **Justin & Lorna Abernathy**<br>**2911 Villa Dorado Cond.**<br>**Dorado, PR 00646**<br>**Noteholder** | **9/4/2019** | **$14,400.73** | **August 2019 Noteholder Interest** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **SureFunding, LLC** | Case number (if known) | **20-10953-LSS** |

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.12. | **Marketplace Capital Strategies, LLC**<br>**425 Road 693 PMB 310**<br>**Dorado, PR 00646**<br>Intercompany | **9/10/2019** | **$100,340.87** | **Expense reimbursement per fee agreement between SureFunding, LLC and Marketplace Capital Strategies, LLC** |
| 4.13. | **Marketplace Capital Strategies, LLC**<br>**425 Road 693 PMB 310**<br>**Dorado, PR 00646**<br>Intercompany | **10/15/2019** | **$17,668.77** | **Expense reimbursement per fee agreement between SureFunding, LLC and Marketplace Capital Strategies, LLC** |
| 4.14. | **Marketplace Capital Strategies, LLC**<br>**425 Road 693 PMB 310**<br>**Dorado, PR 00646**<br>Intercompany | **10/28/2019** | **$2,915.41** | **Expense reimbursement per fee agreement between SureFunding, LLC and Marketplace Capital Strategies, LLC** |
| 4.15. | **Marketplace Capital Strategies, LLC**<br>**425 Road 693 PMB 310**<br>**Dorado, PR 00646**<br>Intercompany | **11/12/2019** | **$323.25** | **Expense reimbursement per fee agreement between SureFunding, LLC and Marketplace Capital Strategies, LLC** |
| 4.16. | **Marketplace Capital Strategies, LLC**<br>**425 Road 693 PMB 310**<br>**Dorado, PR 00646**<br>Intercompany | **12/31/2019** | **$1,027.80** | **Expense reimbursement per fee agreement between SureFunding, LLC and Marketplace Capital Strategies, LLC** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | **Brett Hatton, et al. v. SureFunding, LLC, a Delaware limited liability company**<br>**A-20812651-B** | **Uniform Commerical Code [NRS 104]** | **Nevada District Court Eighth Judicial District 200 Lewis Avenue Las Vegas, NV 89155** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **SureFunding, LLC**                                    Case number *(if known)* **20-10953-LSS**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **ECP Holdings III, LLC ("ECP-III"); ECP Holdings V, LLC; SureFunding V, LLC; MCS Agent, LLC; Marketplace Capital Strategies, LLC; and SureFunding, LLC v. Tradepay Capital, LLC a Flordia Limited Liability Company et al. 2019-031155-CA-01** | **Breach of Contract, conversion, negligence, breach of fiduciary duty, fraud and misrepresentation, civil conspiracy and violation of deceptive trade practices** | **Eleventh Judicial Circuit of Florida Miami-Dade County 73 West Flagler Street Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Michael F. Flanagan Flanagan & Associates LLC 7611 Stateline Rd. Suite 303 Kansas City, MO 64114** | **No property transferred to receiver to date** | **Unknown** |

| | Case title | Court name and address |
|---|---|---|
| | **Brett Hatton et al. v. SureFunding, LLC** | **Eighth Judicial District Court of Nevada Regional Justice Center 200 Lewis Avenue Las Vegas, NV 89155** |
| | Case number | |
| | **A-20-812651-B** | |
| | Date of order or assignment | |
| | **4/13/2020** | |

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **TradePay Capital LLC - Cash Loss due to Fraud** | **None** | **2019** | **$28,745,623.00** |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **SureFunding, LLC** _____  Case number *(if known)* **20-10953-LSS**

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Fox Rothschild LLP** **919 North Market Street, Suite 300** **Wilmington, DE 19801** | **Retainer** | **4/13/2020** | **$300,000.00** |
| | **Email or website address** **thoran@foxrothschild.com** | | | |
| | **Who made the payment, if not debtor?** **HARRY Holdings Trust [$167,000] and CTJT Family Trust [$133,000]** | | | |
| 11.2. | **Gavin/Solmonese** **919 N. Market Street** **Suite 600** **Wilmington, DE 19801** | **Retainer** | **4/13/2020** | **$125,000.00** |
| | **Email or website address** **ted.gavin@gavinsolmonese.com** | | | |
| | **Who made the payment, if not debtor?** **SCTOT, LLC [$91,000] and CTJT Family Trust [$34,000]** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

| Debtor | **SureFunding, LLC** | Case number *(if known)* | **20-10953-LSS** |
|---|---|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Citibank CBO Services<br>P.O. Box 6201<br>Sioux Falls, SD 57117** | **XXXX-0759** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **December 2019** | **$0.00** |
| 18.2. | **Citibank CBO Services<br>P.O. Box 6201<br>Sioux Falls, SD 57117** | **XXXX-6692** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **December 2019** | **$42,656.95** |
| 18.3. | **Citibank CBO Services<br>P.O. Box 6201<br>Sioux Falls, SD 57117** | **XXXX-8931** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **December 2019** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor  **SureFunding, LLC**                                                  Case number *(if known)*  **20-10953-LSS**

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

| Debtor | **SureFunding, LLC** | Case number *(if known)* | **20-10953-LSS** |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1.   **Sand Pharmacy Portfolio 2017, LLC**<br>**5725 N. Scottsdale Rd.**<br>**Suite C195**<br>**Scottsdale, AZ 85250** | **Owns portfolio of CVS stores at different locations around the U.S. Focus of the portfolio is to sell CVS stores at a profit.** | EIN:    **82-2207687**<br><br>From-To  **9/22/2017** |
| 25.2.   **Great American Power Holding LLC**<br>**2633 McKinney Ave.**<br>**Suite 130**<br>**#517**<br>**Dallas, TX 75204** | **Energy service company [ESCO] that provides residential and commerical energy to clients** | EIN:    **47-1686281**<br><br>From-To  **10/12/2018** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Infinite Aspect, PLLC**<br>**4896 Twinleaf Dr.**<br>**Gilbert, AZ 85298** | **March 2014-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

Debtor    **SureFunding, LLC**                                               Case number *(if known)* **20-10953-LSS**

in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Justin Abernathy | 425 Road 693 PMB 310 Dorado, PR 00646 | Manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jason Abernathy | 425 Road 693 PMB 310 Dorado, PR 00646 | Manager | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| CTJT Family Trust | 425 Road 693 PMB 310 Dorado, PR 00646 | Member | 46.782648% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| CYB Holdings LP | 6671  Las Vegas Blvd Suite 210 Las Vegas, NV 89119 | Member | 2.166941% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Grannan Holdings LP | 6671 Las Vegas Blvd Suite 210 Las Vegas, NV 89119 | Member | 2.166941% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| HARRAY Holdings Trust | 425 Road 693 PMB 310 Dorado, PR 00646 | Member | 21.526094% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SIA & Associates LLC | 6671 Las Vegas Suite 210 Las Vegas, NV 89119 | Member | 17.159662% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Abernathy Online Management, Inc. | 6671 Las Vegas Blvd. Suite 210 Las Vegas, NV 89119 | Member | 0.818640% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SureFunding Holdings LLC | 6671 Las Vegas Blvd. Suite 210 Las Vegas, NV 89119 | Member | 9.379074% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tamarack Associates, Inc. | 19 Orange Ave. Ambler, PA 19002 | Independent Manager, with sole authority on all bankruptcy matters. | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **SureFunding, LLC**                                    Case number *(if known)*  **20-10953-LSS**

---

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐  No

■  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Marketplace Capital Strategies, LLC 425 Road 693 PMB 310 Dorado, PR 00646** | **$78,834.44** | **5/10/2019** | **Expense reimbursement per fee agreement between SureFunding, LLC and Marketplace Capital Strategies, LLC** |
| | **Relationship to debtor Intercompany** | | | |
| 30.2. | **Marketplace Capital Strategies, LLC 425 Road 693 PMB 310 Dorado, PR 00646** | **$114,674.12** | **6/14/2019** | **Expense reimbursement per fee agreement between SureFunding, LLC and Marketplace Capital Strategies, LLC** |
| | **Relationship to debtor Intercompany** | | | |
| 30.3. | **Marketplace Capital Strategies, LLC 425 Road 693 PMB 310 Dorado, PR 00646** | **$88,700.00** | **6/27/2019** | **Expense reimbursement per fee agreement between SureFunding, LLC and Marketplace Capital Strategies, LLC** |
| | **Relationship to debtor Intercompany** | | | |
| 30.4. | **Marketplace Capital Strategies, LLC 425 Road 693 PMB 310 Dorado, PR 00646** | **$92,043.67** | **7/10/2019** | **Expense reimbursement per fee agreement between SureFunding, LLC and Marketplace Capital Strategies, LLC** |
| | **Relationship to debtor Intercompany** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **SureFunding, LLC**                                    Case number *(if known)*  **20-10953-LSS**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | **SureFunding Holdings, LLC**<br>**6671 Las Vegas Blvd.**<br>**Suite 210**<br>**Las Vegas, NV 89119**<br><br>Relationship to debtor<br>**Intercompany** | **$900,000** | **8/7/2019** | **Equity distribution was used to fund SureFunding V, LLC equity to use Congressional Bank line in Tradepay Capital, LLC participations** |
| 30.6. | **Marketplace Capital Strategies, LLC**<br>**425 Road 693 PMB 310**<br>**Dorado, PR 00646**<br><br>Relationship to debtor<br>**Intercompany** | **$178,970.35** | **8/13/2019** | **Expense reimbursement per fee agreement between SureFunding, LLC and Marketplace Capital Strategies, LLC** |
| 30.7. | **Marketplace Capital Strategies, LLC**<br>**425 Road 693 PMB 310**<br>**Dorado, PR 00646**<br><br>Relationship to debtor<br>**Intercompany** | **$100,340.87** | **9/10/2019** | **Expense reimbursement per fee agreement between SureFunding, LLC and Marketplace Capital Strategies, LLC** |
| 30.8. | **Marketplace Capital Strategies, LLC**<br>**425 Road 693 PMB 310**<br>**Dorado, PR 00646**<br><br>Relationship to debtor<br>**Intercompany** | **$17,668.77** | **10/15/2019** | **Expense reimbursement per fee agreement between SureFunding, LLC and Marketplace Capital Strategies, LLC** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor  **SureFunding, LLC**                                   Case number *(if known)*  **20-10953-LSS**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.9. | **Marketplace Capital Strategies, LLC** **425 Road 693 PMB 310** **Dorado, PR 00646** | **$2,915.41** | **10/28/2019** | Expense reimbursement per fee agreement between SureFunding, LLC and Marketplace Capital Strategies, LLC |
| | **Relationship to debtor** **Intercompany** | | | |
| 30.10. | **Marketplace Capital Strategies, LLC** **425 Road 693 PMB 310** **Dorado, PR 00646** | **$323.25** | **11/12/2019** | Expense reimbursement per fee agreement between SureFunding, LLC and Marketplace Capital Strategies, LLC |
| | **Relationship to debtor** **Intercompany** | | | |
| 30.11. | **Marketplace Capital Strategies, LLC** **425 Road 693 PMB 310** **Dorado, PR 00646** | **$1,027.80** | **12/31/2019** | Expense reimbursement per fee agreement between SureFunding, LLC and Marketplace Capital Strategies, LLC |
| | **Relationship to debtor** **Intercompany** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor __SureFunding, LLC__                                Case number *(if known)*  __20-10953-LSS__

---

### Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      __April 28, 2020__

_____                **John Palmer, for Tamarack**
Signature of individual signing on behalf of the debtor        **Associates,Inc.**
                                                               Printed name

Position or relationship to debtor    __Independent Manager__

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes