# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SureFunding, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10953 (LSS) |

## NOTICE OF SERVICE

Please take notice that on May 1, 2020, the Debtor, by and through their undersigned Counsel, caused copies of (i) SureFunding, LLC's Objections and Responses to the Noteholders' First Set of Requests for Interrogatories and Production of Documents (ii) SureFunding, LLC's Notice of Deposition of Neal Falkenberry and Request for Production of Documents; and (iii) Subpoena to Testify at a Deposition in a Bankruptcy Case Directed to Michael Flanagan were served by email to the following:

| | |
|---|---|
| Blank Rome LLP<br>Attn: Victoria A. Guifoyle and Stanley B. Tarr<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>E-mail: guilfoyle@blankrome.com<br>E-mail: tarr@blankrome.com<br><br>*Attorneys for Noteholders* | Blank Rome LLP<br>Attn: Kenneth J. Ottaviano, William J. Dorsey, and Paige B. Tinkham<br>444 West Lake Street, Suite 1650<br>Chicago, IL 60606<br>E-mail: kottaviano@blankrome.com<br>E-mail: wdorsey@blankrome.com<br>E-mail: ptinkham@blankrome.com<br><br>*Attorneys for Noteholders* |

---

[1] The last four digits of the Debtor's taxpayer identification number is 7898. The Debtor's headquarters and service address is 6671 Las Vegas Blvd., Suite 210, Las Vegas, NV 89119.

| | |
|---|---|
| Office of the United States Trustee<br>U.S. Department of Justice<br>Attn: Timothy J. Fox, Jr.<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>E-mail: timothy.fox@usdoj.gov | |

Dated: May 1, 2020  **FOX ROTHSCHILD LLP**

*/s/ Thomas M. Horan*
Thomas M. Horan (DE Bar No. 4641)
Daniel B. Thompson (DE Bar No. 6588)
919 N. Market St., Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 654-7444
E-mail: thoran@foxrothschild.com
E-mail: DanielThompson@foxrothschild.com

Michael A. Sweet (admitted pro hac vice)
325 California St., Suite 2200
San Francisco, CA 94104-2670
Telephone: (415) 364-5560
E-mail: msweet@foxrothschild.com

Gordon E. Gouveia (admitted pro hac vice)
321 N. Clark St., Suite 1600
Chicago, IL 60654
Telephone: (312) 980-3816
E-mail: ggouveia@foxrothschild.com

*Proposed Counsel to the Debtor and Debtor-in-Possession*