# Exhibit A-8

**Cronin, Gregory P.**

| | |
|---|---|
| **From:** | David McCreery <rockrider2448@hotmail.com> |
| **Sent:** | Sunday, May 3, 2020 9:40 PM |
| **To:** | Cronin, Gregory P. |
| **Cc:** | Jeff Rubell |
| **Subject:** | Re: RE: RE: RE: Re[2]: In re: SureFunding LLC, Case No. 20-10953 - Subpoenas |

Of course. 4/27/20@3:30 pm, I attempted service at the office of Mr. Tab. Turner on Somers Rd. in North Little Rock Arkansas.

The office is closed because of Covid 19, but still found one vehicle parked there.

I went to the main entrance and knocked, to no avail. I found phone numbers to call. I did and left phone messages about service of process.

Also, I found instructions to to UPS, FEDEX and USPS about leaving packages and parcels in a box on the entry floor.

I contacted Jeff who informed me that he had permission to instruct me to leave the subpoena and my check made payable to Turner and Associates for production of documents and witness fee.

I left but later received an address, possibly for the home of Mr. Turner. However, I was in another part of the state and wouldn't be able to go there until that night.

About 8pm, I arrived at gated community in which Turner owns a home. I couldn't get entry, so I waited until someone buzzed themselves through.

Mr. Turner's home was completely dark, so I penned a nice note on the back of my business card and taped it to the glass portion of the front door. I also spoke with his mother, who also has a home there.

The next morning, I received a call from his neighbor, Judy Dietz, who informed me that Turner has homes in New York, Florida and California and was currently in Florida.

What was this about, she inquired. I declined to be specific.

I returned to the office on Somers and left the papers and check in the box, as before, and returned to Turner's home and tried to secure the papers to his front door with tape. It was a blustery day.

David McCreery

B2560 (Form 2560 – Subpoena to Testify at a Deposition in a Bankruptcy Case or Adversary Proceeding) (Page 2)

# PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: Mr. Jats Turner, Esq.
on *(date)* 2/24/2020

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: Mr. Turner owns but rarely occupies a resident at 17 Creekwood Cv., North Little Rock, Ar. 72116 Documents were taped to Turner's door late on 4/28/20.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: 5/4/2020

_____
*Server's signature*

**David G. McCreery**
*Printed name and title*

_____
*Server's address*

Additional information concerning attempted service, etc.:

I was instructed to attempt service at the above address on the evening of 4/21/20, again in an effort to serve the subpoena on Mr. Turner. I found the property completely darkened, and attached my business card and a note requesting a contact from him. Instead, I received a call from his neighbor, Judy Dietz, who informed me that she is tasked with looking at his home on Turner's behalf. She had obviously already spoken with Turner, as she pressed me for details about the documents. I respectfully declined. Mr. Turner was in Florida,

B2560 (Form 2560 – Subpoena to Testify at a Deposition in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any): **Mr. Tab Turner, Esq.**
on (date) **4/24/2020**

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on (date) _____ ; or

☒ I returned the subpoena unexecuted because: **Mr. Turner, a home owner in 4 separate locations was at his residence in Florida. Further,**

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ **40.00** .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: **5/4/2020**

_____
Server's signature
**David G. McCreery**
Printed name and title

_____
Server's address

Additional information concerning attempted service, etc.:

his law firm in North Little Rock – 4705 Somers Ave. North Little Rock, AR, 72116 is vacant, presumably because of the Covid 19 crises. However, I was instructed to leave the documents in a covered entry way with my check #1477 in the amount of $40.00 on 4/23/20 @ 3:30 PM. I happened to speak with an employee – Shannon – and asked if she was authorized to accept service. She said she was not. I left her several business cards and asked for a qualified member of the firm to contact me. No one contacted me.