# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SureFunding, LLC,<br><br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 20-10953 (LSS)<br><br>**Re: Dkt. Nos. 56, 63** |

## CERTIFICATE OF SERVICE

I, Stanley Tarr, hereby certify that on May 4, 2020, I served or caused to be served the *[Redacted] Noteholders' Omnibus Objection to Debtors' Motions* [D.I. 56] upon the parties listed on the attached Service List A by U.S. first-class mail, postage fully pre-paid.[1] I further certify that on the same day I served or caused to be served the *[Unredacted] Noteholders' Omnibus Objection to Debtors' Motions* on the parties listed on the attached Service List B by electronic mail.

I further certify that on May 5, 2020, I served or caused to be served the *Amended Exhibit A-8 to Declaration of Paige B. Tinkham in Support of Noteholders' Omnibus Objection to Debtor's Motions* [D.I. 63] upon the parties listed on the attached Service List A by U.S. first-class mail, postage fully pre-paid.

| | |
|---|---|
| Dated: May 5, 2020<br>Wilmington, Delaware | **BLANK ROME LLP**<br><br>By: */s/ Stanley B. Tarr*　　　　　　<br>Victoria A. Guilfoyle (No. 5183)<br>Stanley B. Tarr (No. 5535)<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br>Email: guilfoyle@blankrome.com<br>　　　　tarr@blankrome.com |

---

[1] Womble Bond Dickinson (US) LLP was served on May 5, 2020.

157704.01400/123230391v.1

-and-

Kenneth J. Ottaviano (*pro hac vice*)
William J. Dorsey (*pro hac vice*)
Paige B. Tinkham (*pro hac vice*)
444 West Lake Street, Suite 1650
Tel:  (312) 776-2600
Fax:  (312) 776-2601
Email: kottaviano@blankrome.com
       wdorsey@blankrome.com
       ptinkham@blankrome.com

*Attorneys for the Noteholders*

## Service List A

FOX ROTHSCHILD LLP
Thomas M. Horan; Daniel B. Thompson
919 North Market Street
Suite 300
Wilmington, DE 19899-2323

OFFICE OF THE UNITED STATES TRUSTEE
U.S. DEPARTMENT OF JUSTICE
Timothy Jay Fox, Jr.
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

FOX ROTHSCHILD LLP
Michael A. Sweet
325 California Street, Suite 2200
San Francisco, CA 94104

FOX ROTHSCHILD LLP
Gordon E. Gouveia
321 North Clark Street
Suite 800
Chicago, IL 60610

Wayne James and Associates, LLC
2903 Lepage Street, Suite 3
New Orleans, LA 70119

Dylan Taylor
8 Lilhaven Lane
Littleton, CO 80123

Aliva Investments, Inc.
930 Tahoe Blvd. 802-511
Incline Village, NV 89451

BF LP
9041 E. Wesley Drive
Denver, CO 80231

Family Iron Trust
5348 Vegas Drive #778
Las Vegas, NV 89119

Dennis Pedra
3202 Plantation Village
Village Dorado, PR 00646

Equity Trust Company
Custodian FBO David Zebrowski
11 Dorado Beach
East Dorado, PR 00646

Jack C. Fortnum
4289 Deephaven Lane
Naples, FL 34119

Beach Ball Capital, LLC
455 Heards Ferry Road
Atlanta, GA 30328

Berg Associates
9903 Old Park Place
Bradenton, FL 34202

Blake Coler-Dark
27 N. La Senda Drive
Laguna Beach, CA 92651

CNL 401(k) Plan
255 Fulton Street
Palo Alto, CA 94301

Cyberlawfare, LLC
342 Barnstable Road
Akron, OH 44313

Equity Trust Company
Custodian FBO Michele Rogers
6618 Babak Drive
Frederick, MD 21702

Garfinkel Family Tr., dtd Nov. 22, 2002
Francisco Partners
One Letterman Drive
Building C, Suite 410
San Francisco, CA 94129

Godwin Proctor, LLP
1900 N. Street, N.W.
Washington, DC 20036

Greenspoon Marder
Trade Centre South
1000 West Cypress Creek Road
Suite 700
Fort Lauderdale, FL 33309

Justin & Lorna Abernathy
2911 Villa Dorado Cond.
Dorado, PR 00646

Justin Abernathy 2015 GRAT
2911 Villa Dorado Cond
Dorado, PR 00646

Mark Bitz
13915 Old Coast Road #1003
Naples FL, 34110

Mark Motichka
7541 Village Road
Parker, CO 80134

Mark Teitelbaum
1810 N. Kentucky Street
Arlington, VA 22205

Marketplace Capital Strategies, LLC
425 Road 693 PMB 310
Dorado, PR 00646

McClure FLP
3516 Carnegie Street
Houston, TX 77005

MCS US, LLC
6671 Las Vegas Blvd S.
Suite 210
Las Vegas, NV 89119

Michael Ferranti
60 Heron Street
Long Beach, NY 11561

Michael J. Rainen Trust
1901 West 55th Street
Prairie Village, KS 66208

Millennium Trust Company, LLC
FBO Lend Academy P2P Fund, LP
1 Pennsylvania Plaza
16th Floor
New York, NY 10119

PKF O'Conner Davies, LLP
665 Fifth Avenue
New York, NY 10022

Richard Manders
15 Clary Street
Cambridge, MA 02139

Riverlyn Capital LLC
19 Riverlyn Drive
Fort Smith, AR 72903

Thomas Mark Sanfacon Revocable Trust
5870 Iron Stone Court
Centreville, VA 20120

| | |
|---|---|
| Turner and Associates, P.A.<br>4705 Somers Avenue<br>Suite 100<br>North Little Rock, AR 72116 | Wayne Ferrari<br>34 Lothrop St.<br>Beverly, MA 01915 |
| Abernathy Online Management, Inc.<br>6671 Las Vegas Blvd S<br>Suite 210<br>Las Vegas, NV 89119 | SureFunding Holdings, LLC<br>6671 Las Vegas Blvd S<br>Suite 210<br>Las Vegas, NV 89119 |
| Cantor Fitzgerald Securities<br>110 E. 59th Street<br>New York, NY 10022 | Office of the United States Attorney for the District of Delaware<br>1313 N. Market Street<br>Wilmington, DE 19801 |
| Godwin Proctor, LLP<br>1900 N. Street, N.W.<br>Washington, DC 20036 | Greenspoon Marder<br>Trade Centre South<br>1000 West Cypress Creek Road<br>Suite 700<br>Fort Lauderdale, FL 33309 |
| Turner and Associates, P.A.<br>4705 Somers Avenue Suite 100<br>North Little Rock, AR 72116 | Womble Bond Dickinson (US) LLP<br>Matthew P. Ward, Esq.<br>Ericka F. Johnson, Esq.<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801 |

## Service List B

FOX ROTHSCHILD LLP
Thomas M. Horan; Daniel B. Thompson
thoran@foxrothschild.com
danielthompson@foxrothschild.com

FOX ROTHSCHILD LLP
Michael A. Sweet
MSweet@foxrothschild.com

OFFICE OF THE UNITED STATES TRUSTEE
U.S. DEPARTMENT OF JUSTICE
Timothy Jay Fox, Jr.
Timothy.Fox@usdoj.gov

FOX ROTHSCHILD LLP
Gordon E. Gouveia
ggouveia@foxrothschild.com