**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SureFunding, LLC,<br><br>              Debtor. | Chapter 11<br><br>Case No. 20-10953 (LSS)<br><br>Related Docket Nos.: 59, 62, 66<br><br>Hearing Date: May 7, 2020 at 12:00 p.m. (ET)<br>Objection Deadline: At the hearing |

**NOTICE OF HEARING ON SEALED MOTION BY JUSTIN ABERNATHY
AND JASON ABERNATHY FOR PROTECTIVE ORDER IN CONNECTION
WITH MAY 4, 2020 DEPOSITIONS AND MAY 12, 2020 HEARING WITH RESPECT
TO THE MOTIONS OF THE UNITED STATES TRUSTEE AND CERTAIN
NOTEHOLDERS TO DISMISS THE ABOVE-CAPTIONED CHAPTER 11 CASE**

      **PLEASE TAKE NOTICE** that on May 4, 2020, Justin Abernathy and Jason Abernathy (the "Abernathys"), by and through their undersigned counsel, filed the *Sealed Motion by Justin Abernathy and Jason Abernathy for Protective Order in Connection with May 4, 2020 Depositions and May 12, 2020 Hearing with Respect to the Motions of the United States Trustee and Certain Noteholders to Dismiss the Above-Captioned Chapter 11 Case* [Docket No. 59] (the "Motion for Protective Order") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

      **PLEASE TAKE FURTHER NOTICE** that on May 6, 2020, upon motion of the Abernathys [Docket No. 62], the Bankruptcy Court entered the *Order Granting Motion of Justin Abernathy and Jason Abernathy for Expedited Hearing and Shortened Notice Regarding Sealed Motion by Justin Abernathy and Jason Abernathy for Protective Order in Connection with May 4, 2020 Depositions and May 12, 2020 Hearing with Respect to the Motions of the United States Trustee and Certain Noteholders to Dismiss the Above-Captioned Chapter 11 Case* [Docket No. 66] (the "Order Shortening Notice").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order Shortening Notice, a hearing with respect to the Motion for Protective Order will be held on **May 7, 2020 at 12:00 p.m. (noon) (prevailing Eastern Time)** (the "Hearing") before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801. The Hearing will be held telephonically via CourtCall.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order Shortening Notice, any objections or responses to the Motion for Protective Order may be raised at or before the Hearing.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND TO THE MOTION FOR PROTECTIVE ORDER IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION FOR PROTECTIVE ORDER WITHOUT FURTHER NOTICE OR A HEARING.

Dated: May 6, 2020
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ericka F. Johnson*
Matthew P. Ward (Del. Bar No. 4471)
Ericka F. Johnson (Del. Bar No. 5024)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:    (302) 252-4320
Facsimile:    (302) 252-4330
Email:    matthew.ward@wbd-us.com
         ericka.johnson@wbd-us.com

*Counsel to Justin Abernathy and Jason Abernathy*