**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SureFunding, LLC,[1] | Case No. 20-10953 (LSS) |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, Thomas M. Horan, hereby certify that on May 6, 2020, a true and correct copy of the below referenced pleading was served upon the parties identified on the attached Exhibit A via email and overnight mail, and upon the parties identified on the attached Exhibit B by overnight mail.

- **Order Granting Motion of Justin Abernathy and Jason Abernathy for Expedited Hearing and Shortened Notice Regarding Sealed Motion by Justin and Jason Abernathy for Protective Order in Connection with May 4, 2020 Depositions and May 12, 2020 Hearing with Respect to the Motions of the United States Trustee and Certain Noteholders to Dismiss the Above-Captioned Chapter 11 Case [D.I. 66]**

- **Agenda of Matters Scheduled for Telephonic Hearing on May 7, 2020 at 12:00 P.M. [D.I. 67]**

Dated: May 7, 2020

/s/ Thomas M. Horan
Thomas M. Horan (DE Bar No. 4641)

---

[1] The last four digits of the Debtor's taxpayer identification number is 7898. The Debtor's headquarters and service address is 6671 Las Vegas Blvd., Suite 210, Las Vegas, NV 89119.

109636497.v1-5/1/20

## Exhibit A

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | Email |
|---|---|---|---|---|---|---|---|
| Aliva Investments, Inc. [TOP 20] | 930 Tahoe Blvd. | 802-511 | | Incline Village | NV | 89451 | tony.lillios@gmail.com |
| Autumn Wind Global Multi-Strategies Fund , LP [TOP 20] | 10132-G Colvin Run Rd. | | | Great Falls | VA | 22066 | tnf@autumnwind.com |
| Beach Ball Capital, LLC | 455 Heards Ferry Road | | | Atlanta | GA | 30328 | ssf910@gmail.com |
| BF LP [TOP 20] | 9041 E. Wesley Drive | | | Denver | CO | 80231 | randy@excelldealers.com |
| Blake Coler-Dark | 27 N. La Senda Drive | | | Laguna Beach | CA | 92651 | linktoblake@gmail.com |
| Brett Hatton [TOP 20] | 4322 Sunshine Canyon Dr. | | | Boulder | CO | 80302 | bretthattonatx@gmail.com |
| Carrickfergus Investments Limited [TOP 20] | 3076 Sir Francis Drakes Highway Road town | | | Tortola | BVI | | stephane@carnot.us |
| CNL 401(k) Plan | 225 Fulton Street | | | Palo Alto | CA | 94301 | clillios@compuserve.com |
| Cyberlawfare, LLC | 342 Barnstable Road | | | Akron | OH | 44313 | david.scantling@cyberlawfare.com |
| Damon Gersh [TOP 20] | 84 Longview Rd. | | | Port Washington | NY | 11050 | Dgersh@maxons.com |
| Dennis Pedra [TOP 20] | 3202 Plantation Village Village | | | Dorado | PR | 00646 | dennispedra@yahoo.com |
| Dylan Taylor [TOP 20] | 8 South Lilhaven Lane | | | Littleton | CO | 80123 | dylantaylor4@gmail.com |
| Dylan Taylor 2011 Grantor Trust [TOP 20] | 401 East 8th Street | Suite 319 | | Sioux Falls | SD | 57103 | dylantaylor4@gmail.com |
| Equity Trust Company [TOP 20] | Custodian FBO David Zebrowski | 11 Dorado Beach East | | Dorado | PR | 00646 | d_zebrowski@yahoo.com |
| Equity Trust Company | Custodian FBO Michele Rogers | 6618 Babak Drive | | Frederick | MD | 21702 | jazzrogers@aol.com |
| ESECO, LLC [TOP 20] | 47911 Halyard Drive | Suite 100 | | Plymouth | MI | 48170 | eric@sequrisgroup.com |
| Family Iron Trust [TOP 20] | 5348 Vegas Drive | #778 | | Las Vegas | NV | 89119 | duncani@scufgaming.com |
| Garfinkel Family Tr., dtd Nov. 22, 2002 | Francisco Partners | One Letterman Drive | Building C, Suite 410 | San Francisco | CA | 94129 | Garfinkel@franciscopartners.com |
| Glickfield Capital Management, LLC [TOP 20] | FBO M. Glickfield Dynasty Trust | 725 Rockville Pike | 3rd Floor | Rockville | MD | 20852 | lg@louisglickfield.com |
| Goodwin Procter, LLP | 1900 N. Street, N.W. | | | Washington | DC | 20036 | CHunt@goodwinlaw.com |
| Jack C. Fortnum [TOP 20] | 4289 Deephaven Lane | | | Naples | FL | 34119 | fortnumjack@gmail.com |
| Jason Eckenroth [TOP 20] | 3765 Wild Plum | | | Boudler | CO | 80304 | jason@eckenroth.com |
| Justin & Lorna Abernathy | 2911 Villa Dorado Cond. | | | Dorado | PR | 00646 | justin.abernathy@mcs.finance |
| Justin Abernathy 2015 GRAT | 2911 Villa Dorado Cond | | | Dorado | PR | 00646 | justin.abernathy@mcs.finance |
| Mark Bitz | 13915 Old Coast Road | #1003 | | Naples | FL | 34110 | mbitz59@gmail.com |
| Mark Motichka | 7541 Village Road | | | Parker | CO | 80134 | drmark@parker-vet.com |
| Mark Teitelbaum | 1810 N. Kentucky Street | | | Arlington | VA | 22205 | mark.teitelbaum@gmail.com |
| Marketplace Capital Strategies, LLC | 425 Road 693 PMB 310 | | | Dorado | PR | 00646 | justin.abernathy@mcs.finance |
| McClure FLP | 3516 Carnegie Street | | | Houston | TX | 77005 | bcraft@gmail.com |
| MCS US, LLC | 6671 Las Vegas Blvd S. | Suite 210 | | Las Vegas | NV | 89119 | mary.riedinger@sureclick.com |
| Michael Ferranti | 60 Heron Street | | | Long Beach | NY | 11561 | mferranti@gmail.com |
| Michael J. Rainen Trust | 1001 10th Avennue | #201 | | Prairie Village | KS | 34102 | mike@rainencompanies.net |
| Millennium Trust Company, LLC | FBO Lend Academy P2P Fund, LP | 1 Pennsylvania Plaza | 16th Floor | New York | NY | 10119 | team@nsrinvest.com |
| The Sherri R. Sands Revocable Trust [TOP 20] | 5137 Jungle Plum Road | | | Sarasota | FL | 34242 | SSands@srsandco.com; Gsands@srsandco.com |
| PKF O'Conner Davies, LLP | 665 Fifth Avenue | | | New York | NY | 10022 | SRodrigues@pkfod.com |
| Richard Manders | 15 Clary Street | | | Cambridge | MA | 02139 | rm@freescalecoaching.com |
| Riverlyn Capital LLC | 19 Riverlyn Drive | | | Fort Smith | AR | 72903 | scox@worksource.net |
| Self Directed IRA Services, Inc. [TOP 20] | Custodian FBO Earl Cornel | P.O. Box 180344 | | Hawaii National Park | HI | 96718 | earlmcornell@me.com |
| Sequris Group, LLC [TOP 20] | 1071 N. Campbell Rd. | | | Royal Oak | MI | 48067 | eric@sequrisgroup.com |
| The Briggs Management Trust [TOP 20] | 4 Valbella Dr. | Suite 100 | | Westlake Hills | TX | 78746 | Mbriggs@fourhands.com |
| Thomas Mark Sanfacon Revocable Trust | 5870 Iron Stone Court | | | Centreville | VA | 20120 | mark@nationaldatacare.com |
| Turner and Associates, P.A. | 4705 Somers Avenue | Suite 100 | | North Little Rock | AR | 72116 | tab@tturner.com |
| Wayne Ferrari | 34 Lothrop St. | | | Beverly | MA | 01915 | WF@freescalecoaching.com |
| Wayne James and Associates, LLC [TOP 20] | 2903 Lepage Street | Suite 3 | | New Orleans | LA | 70119 | waynejam1@yahoo.com |
| Abernathy Online Management, Inc. | 6671 Las Vegas Blvd S | Suite 210 | | Las Vegas | NV | 89119 | justin.abernathy@mcs.finance |
| SureFunding Holdings, LLC | 6671 Las Vegas Blvd S | Suite 210 | | Las Vegas | NV | 89119 | justin.abernathy@mcs.finance |
| Blank Rome LLP [Counsel to Noteholders]* | Attn: Victoria A. Giufoyle and Stanley B. Tarr | 1201 N. Market Street | | Wilmington | DE | 19801 | guilfoyle@blankrome.com |
| | | | | | | | tarr@blankrome.com |
| Blank Rome LLP [Counsel to Noteholders]* | Attn: Kenneth J. Ottaviano, Paige Tickham, and William J. Dorsey | 444 West Lake Street | Suite 1650 | Chicago | IL | 60606 | kottaviano@blankrome.com |
| | | | | | | | ptinkham@blankrome.com |
| | | | | | | | wdorsey@blankrome.com |
| Office of the United States Trustee | Attn: Timothy J. Fox, Jr. | 844 King Street | Suite 2207 | Wilmington | DE | 19801 | Timothy.Fox@usdoj.gov |
| US Attorney for the District of Delaware | Attn: Ellen Slights | 1007 Orange Street, Suite 700 | P.O. Box 2046 | Wilmington | DE | 19899 | usade.ecfbankruptcy@usdoj.gov |
| Marketplace Advisor, LLC | 425 Road 693 PMB 310 | | | Dorado | PR | 00646 | justin.abernathy@mcs.finance |
| MPA US, LLC | 6671 Las Vegas Blvd. | Suite 210 | | Las Vegas | NV | 89119 | justin.abernathy@mcs.finance |

| CTJT Family Trust | 425 Road 693 PMB 310 | | | Dorado | PR | 00646 | justin.abernathy@mcs.finance |
|---|---|---|---|---|---|---|---|
| CYB Holdings, LP | 6671 Las Vegas Blvd. | Suite 210 | | Las Vegas | NV | 89119 | justin.abernathy@mcs.finance |
| Grannan Holdings, LP | 6671 Las Vegas Blvd. | Suite 210 | | Las Vegas | NV | 89119 | justin.abernathy@mcs.finance |
| HARRAY Holdings Trust | 425 Road 693 PMB 310 | | | Dorado | PR | 00646 | justin.abernathy@mcs.finance |
| SIA & Associates, LLC | 6671 Las Vegas Blvd | Suite 210 | | Las Vegas | NV | 89119 | justin.abernathy@mcs.finance |
| Justin Abernathy | Womble Bond Dickinson (US) (LLP) | Attn: Ericka F. Johnson | 1313 N. Market Street, Suite 1200 | Wilmington | DE | 19801 | ericka.johnson@wbd-us.com |
| | | Attn: Matthew P. Ward | | | | | matthew.ward@wbd-us.com |
| Jason Abernathy | Womble Bond Dickinson (US) (LLP) | Attn: Ericka F. Johnson | 1313 N. Market Street, Suite 1200 | Wilmington | DE | 19801 | ericka.johnson@wbd-us.com |
| | | | | | | | matthew.ward@wbd-us.com |

**Exhibit B**

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Berg Associates | 9903 Old Park Place | | | Brandenton | FL | 34202 |
| Greenspoon Marder | Trade Centre South | 100 West Cypress Creek Road | Suite 700 | Laudersdale | FL | 33309 |
| Cantor Fitzgerald Securities | 110 E. 59th Street | | | New York | NY | 10022 |