# Exhibit B

To whom it may concern,

This shall serve to confirm that I am a noteholder with SureFunding LLC for approximately $ 1,940,000 .

Though I support ongoing settlement negotiations, if a settlement cannot be reached by May 11, 2020 I am in full support of dismissal of SureFunding LLC's Chapter 11 case and support the Nevada receivership order appointing Michael F. Flanagan of Flanagan & Associates LLC as the independent, court-appointed receiver to manage the liquidation of SureFunding LLC.

ALIMA INVESTMENTS
**Invested Entity- Printed (If Applicable)**

TONY LILLIOS
**Name – Printed (and Title if Applicable)**

_[signature]_
**Signature**

5/6/20
**Date**

To whom it may concern,

This shall serve to confirm that I am a noteholder with SureFunding LLC for approximately $ _1,106,800.85_ .

Though I support ongoing settlement negotiations, if a settlement cannot be reached by May 11, 2020 I am in full support the dismissal of SureFunding LLC's Chapter 11 case and support the Nevada receivership order appointing Michael F. Flanagan of Flanagan & Associates LLC as the independent, court-appointed receiver to manage the liquidation of SureFunding LLC.

_FAMILY IRON TRUST_
**Invested Entity- Printed (If Applicable)**

_DUNCAN IRONMONGER_
**Name – Printed (and Title if Applicable)**

_[signature]_
**Signature**

_1st May 2020_
**Date**

Hi Damon,

Here's my support. Please confirm you received this.

3

To whom it may concern,

This shall serve to confirm that I am a noteholder with SureFunding LLC for approximately $ _535,183.08_ .

Though I support ongoing settlement negotiations, if a settlement cannot be reached by May 11, 2020, I am in full support of the dismissal of SureFunding LLC's Chapter 11 case and support the Nevada receivership order appointing Michael F. Flanagan of Flanagan & Associates LLC as the independent, court-appointed receiver to manage the liquidation of SureFunding LLC.

_BF LP_
**Invested Entity- Printed (If Applicable)**

_Randy Brunschwig, Managing Member_
**Name – Printed (and Title if Applicable)**

_RBrunsch_
**Signature**

_5/1/2020_
**Date**

To whom it may concern,

This shall serve to confirm that I am a noteholder with SureFunding LLC for approximately $ 500,000.

Though I support ongoing settlement negotiations, if a settlement cannot be reached by May 11, 2020 I am in full support the dismissal of SureFunding LLC's Chapter 11 case and support the Nevada receivership order appointing Michael F. Flanagan of Flanagan & Associates LLC as the independent, court-appointed receiver to manage the liquidation of SureFunding LLC.

DYLAN TAYLOR
**Invested Entity- Printed (If Applicable)**

DYLAN TAYLOR
**Name – Printed (and Title if Applicable)**

*[signature]*
**Signature**

5/3/20
**Date**

To whom it may concern,

This shall serve to confirm that I am a noteholder with SureFunding LLC for approximately $ 300,000.00 .

Though I support ongoing settlement negotiations, if a settlement cannot be reached by May 11, 2020 I am in full support of dismissal of SureFunding LLC's Chapter 11 case and support the Nevada receivership order appointing Michael F. Flanagan of Flanagan & Associates LLC as the independent, court-appointed receiver to manage the liquidation of SureFunding LLC.

Thomas Mark Sanfacon Revocable Trust
**Invested Entity- Printed (If Applicable)**

Thomas Mark Sanfacon
**Name – Printed (and Title if Applicable)**

*[signature]*
**Signature**

5/4/2020
**Date**

To whom it may concern,

This shall serve to confirm that I am a noteholder with SureFunding LLC for approximately $ 262,680.93.

Though I support ongoing settlement negotiations, if a settlement cannot be reached by May 11, 2020 I am in full support of dismissal of SureFunding LLC's Chapter 11 case and support the Nevada receivership order appointing Michael F. Flanagan of Flanagan & Associates LLC as the independent, court-appointed receiver to manage the liquidation of SureFunding LLC.

_CNL 401(k) Plan_
**Invested Entity- Printed (If Applicable)**

_Chris Lillios (Trustee)_
**Name – Printed (and Title if Applicable)**

_[signature]_
**Signature**

_5/6/2020_
**Date**

To whom it may concern,

This shall serve to confirm that I am a noteholder with SureFunding LLC for approximately $ 259,862.38

Though I support ongoing settlement negotiations, if a settlement cannot be reached by May 11, 2020 I am in full support the dismissal of SureFunding LLC's Chapter 11 case and support the Nevada receivership order appointing Michael F. Flanagan of Flanagan & Associates LLC as the independent, court-appointed receiver to manage the liquidation of SureFunding LLC.

SELF
**Invested Entity- Printed (If Applicable)**

MICHAEL FERRANTI
**Name – Printed (and Title if Applicable)**

*[signature]*
**Signature**

05/06/2020
**Date**

# SureFunding Statement of Support for Receivership

Wednesday, May 6, 2020    4:43 PM

**To whom it may concern,**

**This shall serve to confirm that I am a noteholder with SureFunding LLC for approximately $ _250,000.00_ .**

**Though I support ongoing settlement negotiations, if a settlement cannot be reached by May 11, 2020 I am in full support of dismissal of SureFunding LLC's Chapter 11 case and support the Nevada receivership order appointing Michael F. Flanagan of Flanagan & Associates LLC as the independent, court-appointed receiver to manage the liquidation of SureFunding LLC.**

_Self_
**Invested Entity- Printed (If Applicable)**

_WAYNE FERRARI_
**Name – Printed (and Title if Applicable)**

_[signature]_
**Signature**

_May 6 - 2020_
**Date**

# SureFunding Statement of Support for Receivership

Wednesday, May 6, 2020        3:42 PM



SureFunding Statement...

To whom it may concern,

This shall serve to confirm that I am a noteholder with SureFunding LLC for approximately $ *250,000* .

Though I support ongoing settlement negotiations, if a settlement cannot be reached by May 11, 2020 I am in full support of dismissal of SureFunding LLC's Chapter 11 case and support the Nevada receivership order appointing Michael F. Flanagan of Flanagan & Associates LLC as the independent, court-appointed receiver to manage the liquidation of SureFunding LLC.

*Self*
**Invested Entity- Printed (If Applicable)**

*Richard Mandeas*
**Name – Printed (and Title if Applicable)**

*[signature]*
**Signature**

*5/6/20*
**Date**

To whom it may concern,

This shall serve to confirm that I am a noteholder with SureFunding LLC for approximately $ _250,000 + Accrued Interest_.

Though I support ongoing settlement negotiations, if a settlement cannot be reached by May 11, 2020 I am in full support the dismissal of SureFunding LLC's Chapter 11 case and support the Nevada receivership order appointing Michael F. Flanagan of Flanagan & Associates LLC as the independent, court-appointed receiver to manage the liquidation of SureFunding LLC.

_Beach Ball Capital, LLC_
**Invested Entity- Printed (If Applicable)**

_CEO Steve Freedman_
**Name – Printed (and Title if Applicable)**

_[signature]_
**Signature**

_5-1-2020_
**Date**