

919 North Market Street,
Suite 300 P.O. Box 2323
Wilmington, DE 19899-2323
Tel (302) 654-7444  Fax (302) 656-8920
www.foxrothschild.com

THOMAS M. HORAN
Direct No: 302.480.9412
Email: THoran@Foxrothschild.com

May 8, 2020

The Honorable Laurie Selber Silverstein
United States Bankruptcy Court for the District of Delaware
824 N. Market St., 6th Floor
Wilmington, DE 19801

**Re:** **In re SureFunding, LLC (Case No. 20-10953 (LSS))**

To the Honorable Laurie Selber Silverstein:

I am proposed counsel to the Debtor in the above-referenced case. I write to you this morning about the May 7, 2020 deposition of Mr. Neal Falkenberry in connection with the Motion of the Noteholders (the "Movants") to Dismiss the Debtor's Chapter 11 case and their Motion to Excuse Compliance with 11 U.S.C. § 543 (together, the "Motions"). Mr. Falkenberry submitted a declaration in support of the Motions. The Movants also have identified Mr. Falkenberry as one of their witnesses at the May 12, 2020 hearing on the Motions.

The Debtor's notice of deposition to Mr. Falkenberry provided that the deposition would take place on May 7, 2020 at 2:00 p.m. ET by videoconference and "shall continue if needed until completion the following day, subject to the time limitations set forth in the Federal Rules of Civil Procedure." Under Federal Rule of Civil Procedures 30(d)(1), a deposition may run seven hours unless otherwise stipulated to by the parties or ordered by the Court.

Yesterday, the Debtor began its deposition of Mr. Falkenberry. The deposition lasted approximately five and a half hours, and broke for the day when the court reporter advised the parties that she had to complete her day's work. Mr. Falkenberry indicated that he would be available this morning at 7:30 a.m. ET to continue his deposition. My partner Michael Sweet agreed to this scheduling even though that would mean starting at his local time of 4:30 a.m. PT.

A Pennsylvania Limited Liability Partnership

California  Colorado  Delaware  District of Columbia  Florida  Georgia  Illinois  Minnesota  Nevada
New Jersey  New York  North Carolina  Pennsylvania  South Carolina  Texas  Virginia  Washington

110281606



May 8, 2020
Page 2

Counsel for the Movants, however, announced that the Movants would refuse to produce Mr. Falkenberry to complete his deposition unless this Court ordered them to produce him. Therefore, unfortunately, we are left little choice other than to request this Court's intercession to compel the Movants to produce Mr. Falkenberry to complete his deposition. Alternatively, the Debtor requests that the movants be prohibited at the May 12, 2020 hearing from (i) introducing Mr. Falkenberry's declaration into evidence and (ii) having him testify.

Should the Court wish to speak with the parties, the Debtor is available at any time the Court directs.

Very truly yours,

/s/ Thomas M. Horan
Thomas M. Horan

TMH:


cc:     Mr. Stanley Tarr
        Ms. Victoria Guilfoyle
        Mr. William Dorsey
        Mr. Timothy Fox
        Mr. Scott Cousins