# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SureFunding, LLC,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 20-10953 (LSS) |

**JOINT WITNESS LIST FOR THE MAY 12, 2020 HEARING ON THE MOTIONS OF THE NOTEHOLDERS TO DISMISS THE DEBTOR'S CHAPTER 11 CASE AND THE UNITED STATES TRUSTEE'S MOTION FOR AN ORDER DISMISSING OR CONVERTING THIS CASE TO CHAPTER 7 OR DIRECTING THE APPOINTMENT OF A TRUSTEE**

The debtor and debtor-in-possession (the "Debtor" or "SureFunding") in the above-captioned case and the Noteholders will call the following witnesses at the May 12, 2020 hearing regarding (i) the Motion of the Noteholders to Dismiss the Debtor's Chapter 11 Case [D.I. 15]; and (ii) the United States Trustee's Motion for an Order Dismissing or Converting this Case to Chapter 7 or Directing the Appointment of a Trustee [D.I. 34].

[Remainder of page intentionally left blank.]

---

[1] The last four digits of the Debtor's taxpayer identification number is 7898. The Debtor's headquarters and service address is 6671 Las Vegas Blvd., Suite 210, Las Vegas, NV 89119.

110283563
123250212

| Name and Title of Witness | Subject of Testimony | Location of Witness | Place Where Witness is Testifying | Anyone Else in Room? | Documents with Witness |
|---|---|---|---|---|---|
| Neal Falkenberry, Noteholder | Background information regarding Noteholder investments in SureFunding, Tradepay failures to pay and defaults, SureFunding's communications to Noteholders regarding Tradepay and investments, Organization of Noteholders following default, Noteholders' decision to seek appointment of receiver and preference for receivership over bankruptcy/Abernathys/Gavin, Amounts due to Noteholders, and rebuttal as necessary | Great Falls, VA, USA | Office | No | Hearing Exhibits |
| Michael Flanagan, Court Appointed Receiver for SureFunding, LLC | Nevada receivership action and information provided to receiver in connection therewith, receivership versus bankruptcy and duties of receiver | Overland Park, KS, USA | Home | No | Hearing Exhibits |
| Justin Abernathy, Member of Sure Funding | Background of Debtor's business; Euler Hermes and Tradepay matters; entity governance; Noteholder communications; amounts due to noteholders | Dorado, PR, USA | Home | No | Hearing Exhibits |
| Edward T. Gavin, CTP, Chief Restructuring and Liquidation Officer ("CRLO") of SureFunding | Debtor's bankruptcy case; entity governance; Debtor's assets and liabilities; Euler Hermes and Tradepay matters | Garnet Valley, PA, USA | Home | No | Hearing Exhibits |

123250212

| John T. Palmer, CTP, Independent Manager of SureFunding | Entity governance; decision to file bankruptcy; retention of CRLO | Ambler, PA, USA | Home | No | Hearing Exhibits |
|---|---|---|---|---|---|

Dated: May 8, 2020                                 **FOX ROTHSCHILD LLP**

/s/ Thomas M. Horan
Thomas M. Horan (DE Bar No. 4641)
Daniel B. Thompson (DE Bar No. 6588)
919 N. Market St., Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 654-7444
E-mail: thoran@foxrothschild.com
E-mail: danielthompson@foxrothschild.com

Michael A. Sweet (admitted pro hac vice)
325 California St., Suite 2200
San Francisco, CA 94104-2670
Telephone: (415) 364-5560
E-mail: msweet@foxrothschild.com

Gordon E. Gouveia (admitted pro hac vice)
321 N. Clark St., Suite 1600
Chicago, IL 60654
Telephone: (312) 980-3816
E-mail: ggouveia@foxrothschild.com

*Proposed Counsel to the Debtor and Debtor-in-Possession*

123250212