# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SureFunding, LLC,[1]<br><br>            Debtor. | Chapter 11<br><br>Case No. 20-10953 (LSS) |

**DEBTOR'S EXHIBIT LIST FOR THE MAY 12, 2020 HEARING ON THE MOTION OF THE NOTEHOLDERS TO DISMISS THE DEBTOR'S CHAPTER 11 CASE AND THE UNITED STATES TRUSTEE'S MOTION FOR AN ORDER DISMISSING OR CONVERTING THIS CASE TO CHAPTER 7 OR DIRECTING THE APPOINTMENT OF A TRUSTEE**

The debtor and debtor-in-possession (the "Debtor" or "SureFunding") in the above-captioned case submits the attached Exhibit List for the May 12, 2020 hearing regarding (i) the Motion of the Noteholders to Dismiss the Debtor's Chapter 11 Case [D.I. 15]; and (ii) the United States Trustee's Motion for an Order Dismissing or Converting this Case to Chapter 7 or Directing the Appointment of a Trustee [D.I. 34].

The Debtor may introduce one or more of the exhibits listed on the chart attached hereto. The Debtor reserves the right to introduce certain exhibits identified on the Noteholders' exhibit list. The Debtor reserves the right to amend and/or supplement this Exhibit List at any time prior to the hearing. The Debtor reserves the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement this Exhibit List as appropriate. The Debtor also reserves the right to rely upon and use as evidence: (i) exhibits included on the exhibit lists of any other

---

[1] The last four digits of the Debtor's taxpayer identification number are 7898. The Debtor's headquarters and service address is 6671 Las Vegas Blvd., Suite 210, Las Vegas, NV 89119.

party in interest; and (ii) any pleading, hearing transcript, or other document filed with the Court in this chapter 11 case.

Dated: May 11, 2020

**FOX ROTHSCHILD LLP**

*/s/ Thomas M. Horan*
Thomas M. Horan (DE Bar No. 4641)
Daniel B. Thompson (DE Bar No. 6588)
919 N. Market St., Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 654-7444
E-mail: thoran@foxrothschild.com
E-mail: danielthompson@foxrothschild.com

Michael A. Sweet (admitted pro hac vice)
325 California St., Suite 2200
San Francisco, CA 94104-2670
Telephone: (415) 364-5560
E-mail: msweet@foxrothschild.com

Gordon E. Gouveia (admitted pro hac vice)
321 N. Clark St., Suite 1600
Chicago, IL 60654
Telephone: (312) 980-3816
E-mail: ggouveia@foxrothschild.com

*Proposed Counsel to the Debtor and Debtor-in-Possession*

| No. | Name | Bates Number | Deposition Exhibit Number | Docket Number |
|---|---|---|---|---|
| 1. | Edward T. Gavin, CTP Declaration in Support of Voluntary Petition and Amended Exhibit B | | | ECF No. 23 & 28 |
| 2. | Unanimous Written Consent of the Managers of SureFunding, LLC | | | ECF No. 1 |
| 3. | Tradepay Litigation Amended Complaint<br>*ECP Holdings III, LLC et al. v. Tradepay Capital, LLC et al.*<br>Eleventh Judicial District Circuit Court, Miami-Dade County, Florida<br>Case No. 2019-031155-CA-01, Filing #101734584<br>Filed 1/15/20 | | | ECF No. 14 & 15, Exhibit B to Falkenberry Declaration |
| 4. | SureFunding Overview dated March 4, 2019 | SF00588-005900 | | |
| 5. | Investor Presentation dated June 2019 ` | SF005907-005921 | | |
| 6. | Confidential SureFunding, LLC Investor Communication – 14 March 2020 | SF005812-005815 | | |
| 7. | Declaration of Neal Falkenberry<br>*Hatton et al. v. SureFunding, LLC*, Eighth Judicial District Court, Clark County, Nevada<br>Case No. A-20-812651-B | SF005922-006067 | | |
| 8. | Will Dorsey Affidavit ISO Motion to Dismiss | | | ECF No. 14 & 15, Exhibit 2 to Noteholders Motion to Dismiss |
| 9. | John L. Palmer, Ph.D – curriculum vitae | SF003965-003967 | | |

| No. | Name | Bates Number | Deposition Exhibit Number | Docket Number |
|---|---|---|---|---|
| 10. | Text Messages between N. Falkenberry and J. Abernathy | SF006100-006103 | Falkenberry Exhibit #4 | |
| 11. | Confidential SureFunding, LLC Investor Communication – 3 October 2019 | SF004224 | | |
| 12. | Confidential SureFunding, LLC Investor Communication – 7 October 2019 | SF004225-004226 | | |
| 13. | Confidential SureFunding, LLC Investor Communication – 13 October 2019 | SF004227-004228 | | |
| 14. | Confidential SureFunding, LLC Investor Communication on Asset Recovery Team Resources– 15 October 2019 | SF004229-004231 | | |
| 15. | Confidential SureFunding, LLC Investor Communication – 18 October 2019 | SF004232-004233 | | |
| 16. | Confidential SureFunding, LLC Investor Communication – 25 October 2019 | SF004254-004256 | | |
| 17. | Confidential SureFunding, LLC Investor Communication – 3 November 2019 | SF004257-004259 | | |
| 18. | Confidential SureFunding, LLC Investor Communication – 26 December 2019 | SF004260-004264 | | |
| 19. | Confidential SureFunding, LLC Investor Communication Email T. Turner to K. Ottaviano – 26 December 2019 | SF004265-004270 | | |
| 20. | Excel Spreadsheet of ECP Holdings III and ECP Holdings [Native – Excel Spreadsheet] | SF004271 | | |
| 21. | Confidential SureFunding, LLC Investor Communication Email N. Falkenberry to T. Turner & Noteholders – 26 December 2019 | SF004272-004276 | | |

| No. | Name | Bates Number | Deposition Exhibit Number | Docket Number |
|---|---|---|---|---|
| 22. | Confidential SureFunding, LLC Investor Communication Email T. Turner to N. Falkenberry & Noteholders – 26 December 2019 | SF004277-004283 | | |
| 23. | Confidential SureFunding, LLC Investor Communication – 10 January 2020 | SF004284-004287 | | |
| 24. | Confidential SureFunding, LLC Investor Communication – 17 January 2020 | SF004288-004289 | | |
| 25. | Confidential SureFunding, LLC Investor Communication – 29 January 2020 | SF004290-004291 | | |
| 26. | Confidential SureFunding, LLC Investor Communication – 7 February 2020 | SF004292-004294 | | |
| 27. | Confidential SureFunding, LLC Investor Communication – 15 February 2020 | SF004297 | | |
| 28. | Confidential SureFunding, LLC Investor Communication – 23 February 2020 | SF004298-004299 | | |
| 29. | Confidential SureFunding, LLC Investor Communication – 24 February 2020 | SF004300-004301 | | |
| 30. | Confidential SureFunding, LLC Investor Communication – 21 March 2020 | SF004302 | | |
| 31. | Confidential SureFunding,LLC Response to Stephane Carnot – 26 March 2020 | SF004303-004304 | | |
| 32. | Confidential SureFunding, LLC Investor Communication – 26 March 2020 | SF004305-004306 | | |
| 33. | Confidential SureFunding, LLC Investor Communication – 28 March 2020 | SF004307-004308 | | |

110333329.v1

| No. | Name | Bates Number | Deposition Exhibit Number | Docket Number |
|---|---|---|---|---|
| 34. | Confidential SureFunding, LLC Investor Communication – 6 April 2020 | SF004309-004310 | | |
| 35. | 20054 30B6 Justin Abernathy Corporate Representative Notes | SF006175-006178 | | |
| 36. | Selection of SureFunding CRO | SF005817-005818 | | |
| 37. | Limited Liability Company Agreement, Dated April 13, 2016 | SF004314-004318 | | |
| 38. | First Amendment to Limited Liability Company Agreement of SureFunding, LLC dated April 1, 2020 | SF004320-004321 | | |
| 39. | Notification of Service for Case: A-20-812651-B, Brett Hatton, Plaintiff(s) vs. SureFunding, LLC, Defendant(s) for filing Notice of Entry of Order – NEOJ (CIV), Envelope Number: 5926910 | SF006183-006184 | | |
| 40. | Notification of Service for Case: A-20-812651-B, Brett Hatton, Plaintiff(s) v. SureFunding, LLC, Defendant(s) for filing Order – ORDER (CIV), Envelope Number: 5926412 | SF006181-006182 | | |
| 41. | Minutes of SureFunding Board Teleconference | SF006198 | | |
| 42. | Email from John Palmer to Thomas M. Horan regarding Minutes of SureFunding Board Teleconference, with attachment, 1:41 p.m. email | SF006185-006187 | | |
| 43. | Email from Bren McAneny to Justin Abernathy, Ben Hays, and Jason Abernathy regarding Tradepay Master Tracker, dated January 1, 2020 | SF006188-006190 | | |
| 44. | Lorna Abernathy Text Messages to Neal Falkenberry | SF006192-006197 | Falkenberry Exhibit #30 | |

| No. | Name | Bates Number | Deposition Exhibit Number | Docket Number |
|---|---|---|---|---|
| 45. | Email from J. Abernathy to S. Carnot and D. Graham Regarding Few Questions, September 19, 2019 | SF006191 | Falkenberry Exhibit #41 | |
| 46. | Email chain between K. Ottaviano, W. Dorsey, M. Flanagan, G. Cronin regarding Nevada Receiver Counsel | | Flanagan Exhibit #3 | |
| 47. | Email from G. Cronin to M. Flanagan, K. Ottaviano, and W. Dorsey regarding SureFunding – Assets and Flow Funds Chart with attachment | | Flanagan Exhibit #4 | |
| 48. | Email from W. Dorsey to K. Ottaviano, M. Flanagan, and G. Cronin regarding A812651 Order Granting Motion for Appointment of Receiver Signed with attachment | | Flanagan Exhibit #8 | |
| 49. | LinkedIn – Falkenberry | | Falkenberry Exihbit #2 | |
| 50. | Email re Agent Fee and Contingent Management Fee Agreement | SF000806-00807 | Falkenberry Exhibit #3 | |
| 51. | N. Falkenberry Email re – Introduction for SureFunding Investor Reference | | Falkenberry Exhibit #6 | |
| 52. | Email chain from N. Falkenberry to S. Freedman forwarding email to all noteholders, November 5, 2019 regarding SureFunding Noteholder's Group – Last Call | SF003995-003997 | Falkenberry Exhibit # 9-A | |
| 53. | Email from N. Falkenberry to "undisclosed-recipients" regarding Update to SureFunding Noteholders – Attorney Selected | | Falkenberry Exhibit #10 | |
| 54. | Confidential SureFunding, LLC Response to N. Falkenberry's Email | | Falkenberry Exhibit #25 | |
| 55. | Declaration of N. Falkenberry to Motion for Appointment of Receiver | SF005922-006067 | Falkenberry Exhibit #29 | |
| 56. | Payment Charts | | Falkenberry Exhibit #34 | |
| 57. | Neal Falkenberry Declaration for Motion to Dismiss and Exhibits | | Falkenberry Exhibit #36 | ECF No. 15, Exhibit 1 |

110333329.v1

| No. | Name | Bates Number | Deposition Exhibit Number | Docket Number |
|---|---|---|---|---|
| 58. | Email chain as forwarded from S. Carnot to M. Flanagan re SureFunding Download with attachment | | Falkenberry Exhibit #37 | |
| 59. | SureFunding Activity 2019 | NF_002129-002132 | Falkenberry Exhibit #40 | |
| 60. | Email from J. Abernathy to J. Palmer, J. Abernathy, T. Horan and B. Hays regarding Updated Engagement Agreement with attachment | SF006164-65, SF006199-006206 | | |
| 61. | Email from J. Abernathy to J. Palmer, J. Abernathy, C. Stephens, M. Sweet, T. Horan, and T. Gavin regarding Revised Engagement Agreement | SF006166 | Palmer Exhibit #2 | |
| 62. | Master Tracker [Native – Excel Spreadsheet] | | Falkenberry Exhibit #1 | |
| 63. | Email chain by and between S. Carnot and J. Abernathy regarding SureFunding May Metrics, June 2019 | SF006207-006208 | | |
| 64. | Email chain by and between S. Carnot, J. Abernathy and D. Graham, September 2019 | SF006209-006210 | | |
| 65. | SureFunding LLC Wintrust Bank Account Statement, September 2019, Account Ending x6603 | SF006267-006269 | | |
| 66. | SureFunding LLC Wintrust Bank Account Statement, September 2019, Account Ending x6148 | SF006263-006266 | | |
| 67. | SureFunding LLC Wintrust Bank Account Statement, September 2019, Account Ending x1699 | SF006261-006262 | | |
| 68. | SureFunding LLC Wintrust Bank Account Statement, October 2019, Account Ending x6603 | SF003147-003150 | | |
| 69. | SureFunding LLC Wintrust Bank Account Statement, October 2019, Account Ending x6148 | SF003145-003146 | | |

| No. | Name | Bates Number | Deposition Exhibit Number | Docket Number |
|---|---|---|---|---|
| 70. | SureFunding LLC Wintrust Bank Account Statement, October 2019, Account Ending x1699 | SF003143-003144 | | |
| 71. | SureFunding LLC Motion to Vacate, Alter or Amend Decision for Appointment of Receiver and Request for Evidentiary Hearing on Order Shortening Time | SF006211-006259 | | |
| 72. | Cantor Fitzgerald UCC-1 | SF006260 | | |
| 73. | M. Flanagan Deposition Transcript | | | |
| 74. | N. Falkenberry Deposition Transcript [Volume I] | | | |
| 75. | N. Falkenberry Deposition Transcript [Volume II] | | | |
| 76. | Email from T. Gavin from J. Abernathy re: Engagement of Gavin Solmonese by SureFunding with attachment | SF006270-006273 | | |
| 77. | T. Gavin scan email with attachment | SF006274 | | |