**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SureFunding, LLC,[1] | Case No. 20-10953 (LSS) |
| Debtor. | |

**NOTEHOLDERS' EXHIBIT LIST FOR THE MAY 12, 2020 HEARING ON THE MOTION OF THE NOTEHOLDERS TO DISMISS THE DEBTOR'S CHAPTER 11 CASE AND THE UNITED STATES TRUSTEE'S MOTION FOR AN ORDER DISMISSING OR CONVERTING THIS CASE TO CHAPTER 7 OR DIRECTING THE APPOINTMENT OF A TRUSTEE**

The Noteholders submit the attached Exhibit List for the May 12, 2020 hearing regarding (i) the Motion of the Noteholders to Dismiss the Debtor's Chapter 11 Case [D.I. 15]; and (ii) the United States Trustee's Motion for an Order Dismissing or Converting this Case to Chapter 7 or Directing the Appointment of a Trustee [D.I. 34].

The Noteholders may **introduce one or more of the exhibits listed on the chart attached hereto.** The Noteholders reserve the right to amend and/or supplement this Exhibit List at any time prior to the hearing. The Noteholders reserve the right to use additional exhibits for purposes of rebuttal or impeachment as appropriate. The Noteholders also reserve the right to rely upon and use as evidence: (i) exhibits included on the exhibit lists of any other party in interest; and (ii) any pleading, hearing transcript, or other document filed with the Court in this chapter 11 case.

---

[1] The last four digits of the Debtor's taxpayer identification number are 7898. The Debtor's headquarters and service address is 6671 Las Vegas Blvd., Suite 210, Las Vegas, NV 89119.

1

Dated: May 11, 2020

**BLANK ROME LLP**

By: *s/ Stanley B. Tarr*
Victoria A. Guilfoyle (No. 5183)
Stanley B. Tarr (No. 5535)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
Email: guilfoyle@blankrome.com
        tarr@blankrome.com

-and-

Kenneth J. Ottaviano (*pro hac vice*)
William J. Dorsey (*pro hac vice*)
Paige B. Tinkham (*pro hac vice*)
444 West Lake Street, Suite 1650
Tel: (312) 776-2600
Fax: (312) 776-2601
Email: kottaviano@blankrome.com
        wdorsey@blankrome.com
        ptinkham@blankrome.com

*Counsel for the Noteholders*

| No. | Name | Bates Number | Deposition Exhibit Number | Docket Number |
|---|---|---|---|---|
| 1. | January 2018 email from Justin Abernathy to Neal Falkenberry | NF_005692 | | |
| 2. | Third Amendment to the Note Purchase Agreement Dated January 11, 2019 | SF002369-003092 | | |
| 3. | SureFunding Promissory Notes Dated September 4, 2019 | | | |
| 4. | SureFunding LLC Side Letter dated January 16, 2019 | | Justin Abernathy Exhibit 4 | |
| 5. | 2019 Q1 SureFunding LLC Portfolio Metrics | Noteholders_0000179/SF005901-005903 | Jason Abernathy Exhibit 2 | |
| 6. | SureFunding Overview (April 2, 2019) | Noteholders_0000182 | Justin Abernathy Exhibit 6 Jason Abernathy Exhibit 1 | |
| 7. | 2019 Q2 SureFunding, LLC Portfolio Metrics | Noteholders_0000615/SF005904-005906 | Justin Abernathy Exhibit 2 | |
| 8. | SureFunding, LLC Portfolio Non-Tradepay Assets | Noteholders_0000241 | | |
| 9. | SureFunding LLC Notes Outstanding as of September 30, 2019 | Noteholders_0000198 | | |
| 10. | Screenshots of Master Tracker of Tradepay Factored Receivables | [Excel in Native] | Justin Abernathy Exhibit 3 Jason Abernathy Exhibit 4 | |
| 11. | Agent Fee and Contingent Management Agreement Between SureFunding LLC and Marketplace Capital Strategies Dated Jan. 1, 2016 | Noteholders_0000220 | | |
| 12. | February 23, 2020 Email form Justin Abernathy | Noteholders_0000476 | | |
| 13. | Chart: Payment Delays for Paid Participations Prepared by Neal Falkenberry | Noteholders_0000488 | | |

| No. | Name | Bates Number | Deposition Exhibit Number | Docket Number |
|---|---|---|---|---|
| 14. | Chart: Representative Flow of Funds for Tradepay Receivables | Noteholders_0000490 | | |
| 15. | MCS Agent Notice of Default-C1-Tradepay Default Notice | SF005864-005865 | | |
| 16. | January 7, 2020 Email from Neil Falkenberry | Noteholders_000501 | | |
| 17. | September 2019 Text Messages from Justin Abernathy | Noteholders_000563 | Justin Abernathy Exhibit 1 | |
| 18. | Noteholders' Motion to Appoint Receiver | | | |
| 19. | Decision *Hatton et al. v. SureFunding, LLC*, Eighth Judicial District Court, Clark County, Nevada Case No. A-20-812651-B | SF006097-006099 | | |
| 20. | Order *Hatton et al. v. SureFunding, LLC*, Eighth Judicial District Court, Clark County, Nevada, Case No. A-20-812651-B | | | ECF No. 14 & 15, Exhibit B to Dorsey Declaration |
| 21. | Summary of Disbursements and SureFunding Bank Statements | Noteholders_000562 | | |
| 22. | Teleconference Meeting of the Managers of SureFunding LLC dated April 13, 2020 | SF005816, SF006179 | Palmer Exhibit 5, 6 | |
| 23. | April 14, 2020 email from Ted Gavin to Justin Abernathy "Re: Engagement of Gavin Solmonese by SureFunding" | SF006142 | Gavin Exhibit 3 | |

| No. | Name | Bates Number | Deposition Exhibit Number | Docket Number |
|---|---|---|---|---|
| 24. | April 10, 2020 Tamarack Assoc. Engagement Letter | SF005864, SF006166, SF003931-003938 | Palmer Exhibit 1, 2 | |
| 25. | April 13, 2020 Gavin Solmonese Engagement Letter | SF03920-003930 | | ECF: 24-3 |
| 26. | Second Amendment to Limited Liability Company Agreement of SureFunding LLC | SF005874-005878 | Palmer Exhibit 3 | |
| 27. | Unanimous Written Consent of the Managers of SureFunding, LLC | | Palmer Exhibit 4 | |
| 28. | SureFunding's Bankruptcy Petition | | Jason Abernathy Exhibit 5 | ECF No. 1 |
| 29. | SureFunding's Initial Monthly Operating Report | | | ECF No. 47 |
| 30. | SureFunding's Bankruptcy Schedules and Statement of Financial Affairs | | | ECF No. 41 |
| 31. | Turner & Assoc. Letter | Noteholders_0000492 | Jason Abernathy Exhibit 3 | |
| 32. | May 7, 2020 Letter from Euler Hermes to SureFunding LLC, Policy Beneficiary re $47,990,893 Claim | | | |
| 33. | June 1, 2016 Email | Noteholders_000643 | | |
| 34. | Noteholder Support Documents | | | |
| 35. | Deposition Transcript of Justin Abernathy | | | |
| 36. | Deposition Transcript of Jason Abernathy | | | |
| 37. | Deposition Transcript of Edward T. Gavin | | | |
| 38. | Deposition Transcript of John Palmer | | | |

| No. | Name | Bates Number | Deposition Exhibit Number | Docket Number |
|---|---|---|---|---|
| 39. | Deposition Transcript of Neal Falkenberry | | | |
| 40. | Deposition Transcript of Michael Flanagan | | | |