# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SureFunding, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10953 (LSS) |

## AFFIDAVIT OF SERVICE

I, Jesse Blevins, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On May 6, 2020, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by the method indicated on the service list attached hereto as Exhibit A:

| Date | Doc # | Description |
|---|---|---|
| 05/04/2020 | 59 | [SEALED] Motion for Protective Order // *Sealed Motion by Justin Abernathy and Jason Abernathy for Protective Order in Connection with May 4, 2020 Depositions and May 12, 2020 Hearing with Respect to the Motions of the United States Trustee and Certain Noteholders to Dismiss the Above-Captioned Chapter 11 Case* Filed by Jason Abernathy, Justin Abernathy. (Attachments: # 1 Proposed Form of Order) (Johnson, Ericka) |
| 05/06/2020 | 66 | Order Granting Motion of Justin Abernathy and Jason Abernathy for Expedited Hearing and Shortened Notice Regarding Sealed Motion by Justin Abernathy and Jason Abernathy for Protective Order in Connection with May 4, 2020 Depositions and May 12, 2020 Hearing with Respect to the Motions of the United States Trustee and Certain Noteholders to Dismiss the Above-Captioned Chapter 11 Case (Related Doc # 62) Order Signed on 5/6/2020. (CMB) (Entered: 05/06/2020) |
| 05/06/2020 | 68 | Notice of Hearing *on Sealed Motion by Justin Abernathy and Jason Abernathy for Protective Order in Connection with May 4, 2020 Depositions and May 12, 2020 Hearing with Respect to the Motions of the United States Trustee and Certain Noteholders to Dismiss the Above-Captioned Chapter 11 Case* (related document(s)59, 62, 66) Filed by Jason Abernathy, Justin Abernathy. Hearing scheduled for 5/7/2020 at 12:00 PM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #2, Wilmington, Delaware. Objections due by 5/7/2020. (Johnson, Ericka) (Entered: 05/06/2020) |

X _____
Jesse Blevins

Dated: May 11, 2020
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 11th day of May 2020, by Jesse Blevins, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

[Notary Seal: GEORGE C. BARTOLI, MY COMMISSION EXPIRES APRIL 5, 2022, NOTARY PUBLIC, STATE OF DELAWARE]

# EXHIBIT A

Thomas M. Horan, Esq.
Daniel B. Thompson, Esq.
FOX ROTHSCHILD LLP
919 N. Market St., Suite 300
Wilmington, DE 19899-2323
***(VIA HAND DELIVERY)***

Stanley B. Tarr, Esq.
Victoria A. Guilfoyle, Esq.
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
***(VIA HAND DELIVERY)***

Gordon E. Gouveia, Esq.
FOX ROTHSCHILD LLP
321 N. Clark Street, Suite 1600
Chicago, IL 60654
***(VIA FEDEX OVERNIGHT)***

Timothy Jay Fox, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
***(VIA FEDEX OVERNIGHT)***

Kenneth J. Ottaviano, Esq.
William J. Dorsey, Esq.
Paige B. Tinkham, Esq.
BLANK ROME LLP
444 West Lake Street, Suite 1650
Chicago, IL 60606
***(VIA FEDEX OVERNIGHT)***

Michael A. Sweet, Esq.
FOX ROTHSCHILD LLP
325 California Street, Suite 2200
San Francisco, CA 94104-2670
***(VIA FEDEX OVERNIGHT)***