| | |
|---|---|
| **From:** | Ted Gavin |
| **To:** | Tab Turner |
| **Cc:** | Benjamin Brodsky; Bard D. Rockenbach; Joe Johnson; Jeffrey V. Mansell; Tiffany Craig; Scott A. Hiaasen; agarcia@rgmlawfirm.com; Christian Kohlsaat; Sean Santini |
| **Subject:** | Re: SERVICE OF COURT DOCUMENT CASE NUMBER 132019CA031155000001 ECP Holdings III, LLC et al vs Tradepay Capital, LLC et al |
| **Date:** | Friday, May 01, 2020 5:53:52 PM |

Messrs. Turner and Brodsky,

SureFunding, LLC is a debtor-in-possession in a case filed in the United States Bankruptcy Court for the District of Delaware. The filing of a bankruptcy petition triggers the automatic stay on actions against the debtor, pursuant to section 362 of of the bankruptcy code. However, the stay is the Debtor's stay and <u>does not apply</u> to matters in which the Debtor is a plaintiff; it stays action against the Debtor, and it is the Debtor's stay to waive. Accordingly, the stay is not a factor in the litigation referenced herein.

Regards,

**Ted Gavin, CTP**
**Managing Director**
**Gavin/Solmonese**
919 N. Market Street, Suite 600
Wilmington, DE 19801
Direct: 302.655.8997 ext. 151
Mobile: 484.432.3430
Fax: 302.655.6063
http://www.gavinsolmonese.com
Blog: http://blogs.forbes.com/tedgavin/

On Fri, May 1, 2020 at 5:49 PM Tab Turner <tab@tturner.com> wrote:
> Mr. Gavin-
> Can you please address the referenced concern about bankruptcy? Mr. Brodsky represents several defendants and is apparently concerned.
>
> Tab Turner
> TURNER & ASSOCIATES, P.A.
>
> On May 1, 2020, at 2:02 PM, Benjamin Brodsky <bbrodsky@bfwlegal.com> wrote:
>
> Hi guys, we understand that Surefunding LLC has filed a bankruptcy petition in Delaware. What is your position on whether that triggers an automatic stay? I think you have an obligation to inform the court.
>
> **********************
>  Benjamin H. Brodsky, Esq.
> <image001.png>
> 200 SE 1st Street
> Suite 400
> Miami, Florida 33131
> T. 305-503-5054
> F. 786-749-7644
> bbrodsky@bfwlegal.com<mailto:bbrodsky@bfwlegal.com>
> www.bfwlegal.com<https://linkprotect.cudasvc.com/url?a=http://www.bfwlegal.com/&c=E,1,BYi7gxXtATtL08NURW0xVGm17bTu-gFO0GkmZqZgeKWrOP_CJZOoRYTJil712wxpLcB_56RsuledBgsnUjJ_mAxwyAXtM1EGF8xGwSBgB3xNYQ,,&typo=1>
>
> From: eservice@myflcourtaccess.com <eservice@myflcourtaccess.com>
> Sent: Friday, May 01, 2020 2:36 PM
> Subject: SERVICE OF COURT DOCUMENT CASE NUMBER 132019CA031155000001 ECP Holdings III, LLC et al vs Tradepay Capital, LLC et al
>
>
> Notice of Service of Court Documents
>
> Filing Information
> Filing #:

106962727

Filing Time:

05/01/2020 02:36:10 PM ET

Filer:

Joseph R. Johnson 561-684-2500

Court:

Eleventh Judicial Circuit in and for Miami-Dade County, Florida

Case #:

132019CA031155000001

Court Case #:

2019-031155-CA-01

Case Style:

ECP Holdings III, LLC et al vs Tradepay Capital, LLC et al

Documents
Title

File

Notice Of Production

ECP Holdings - NPNP re Standard Chartered Bank NY and Bank of China.pdf


E-service recipients selected for service:
Name

Email Address

Alejandro F. Garcia

agarcia@rgmlawfirm.com<mailto:agarcia@rgmlawfirm.com>

service@rgmlawfirm.com<mailto:service@rgmlawfirm.com>

William C. Moore

cmoore@rgmlawfirm.com<mailto:cmoore@rgmlawfirm.com>

Bard D Rockenbach

bdr@flappellatelaw.com<mailto:bdr@flappellatelaw.com>

fa@flappellatelaw.com<mailto:fa@flappellatelaw.com>

flappellatelaw@gmail.com<mailto:flappellatelaw@gmail.com>

Benjamin Henry Brodsky

bbrodsky@bfwlegal.com<mailto:bbrodsky@bfwlegal.com>

docketing@bfwlegal.com<mailto:docketing@bfwlegal.com>

Christian Kohlsaat

ckohlsaat@santinilawfirm.com<mailto:ckohlsaat@santinilawfirm.com>

ssantini@santinilawfirm.com<mailto:ssantini@santinilawfirm.com>

N/A

service@rgmlawfirm.com<mailto:service@rgmlawfirm.com>

Clyde T Turner

tab@tturner.com<mailto:tab@tturner.com>

tiffany@tturner.com<mailto:tiffany@tturner.com>

Fernando Latour Tamayo

ftamayo@coffeyburlington.com<mailto:ftamayo@coffeyburlington.com>

lmaltz@coffeyburlington.com<mailto:lmaltz@coffeyburlington.com>

service@coffeyburlington.com<mailto:service@coffeyburlington.com>

Scott Andrew Hiaasen

shiaasen@coffeyburlington.com<mailto:shiaasen@coffeyburlington.com>

lperez@coffeyburlington.com<mailto:lperez@coffeyburlington.com>

service@coffeyburlington.com<mailto:service@coffeyburlington.com>

Jeffrey Vanvoorhis Mansell

jvm@flappellatelaw.com<mailto:jvm@flappellatelaw.com>

fa@flappellatelaw.com<mailto:fa@flappellatelaw.com>

Joseph R. Johnson

adavila@babbitt-johnson.com<mailto:adavila@babbitt-johnson.com>

jjohnson@babbitt-johnson.com<mailto:jjohnson@babbitt-johnson.com>

kaguilera@babbitt-johnson.com<mailto:kaguilera@babbitt-johnson.com>

Tab Turner, Esquire

tab@tturner.com<mailto:tab@tturner.com>

Tiffany@tturner.com<mailto:Tiffany@tturner.com>

tony@tturner.com<mailto:tony@tturner.com>

Scott Andrew Hiaasen

shiaasen@coffeyburlington.com<mailto:shiaasen@coffeyburlington.com>

lperez@coffeyburlington.com<mailto:lperez@coffeyburlington.com>

service@coffeyburlington.com<mailto:service@coffeyburlington.com>

E-service recipients not selected for service:
Name

Email Address

No Matching Entries

This is an automatic email message generated by the Florida Courts E-Filing Portal. This email address does not receive email.

Thank you,
The Florida Courts E-Filing Portal

The following identifier(s) are associated with this transaction:
request_id#:106962727;Audit#:360789199;UCN#:132019CA031155000001;
<Notice Of Production.pdf>