IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SureFunding, LLC,[1] | Case No. 20-10953 (LSS) |
| Debtor. | |

**NOTICE OF TELEPHONIC[2] HEARING REGARDING (I) THE MOTION OF THE NOTEHOLDERS TO DISMISS THE DEBTOR'S CHAPTER 11 CASE; AND (II) THE UNITED STATES TRUSTEE'S MOTION FOR AN ORDER DISMISSING OR CONVERTING THIS CASE TO CHAPTER 7 OR DIRECTING THE APPOINTMENT OF A TRUSTEE**

PLEASE TAKE NOTICE THAT the Court has scheduled a hearing to be held in the above-captioned case on **Monday, June 1, 2020 at 2:00 p.m. Eastern Daylight Time** (the "Hearing") regarding the Court's ruling on (i) the Motion of the Noteholders to Dismiss the Debtor's Chapter 11 Case [D.I. 15]; and (ii) the United States Trustee's Motion for an Order Dismissing or Converting this Case to Chapter 7 or Directing the Appointment of a Trustee [D.I. 34].

PLEASE TAKE FURTHER NOTICE THAT any parties wishing to appear at the Hearing must make arrangements by contacting CourtCall at 866-582-6878 in accordance with the procedures established by the United States Bankruptcy Court for the District of Delaware.

---

[1] The last four digits of the Debtor's taxpayer identification number is 7898. The Debtor's headquarters and service address is 6671 Las Vegas Blvd., Suite 210, Las Vegas, NV 89119.

[2] This hearing will be held telephonically. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 no later than June 1 at noon. Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to insure a proper connection.

110864795

| | |
|---|---|
| Dated:  May 28, 2020 | **FOX ROTHSCHILD LLP**<br><br>*/s/ Thomas M. Horan*<br>Thomas M. Horan (DE Bar No. 4641)<br>Daniel B. Thompson (DE Bar No. 6588)<br>919 N. Market St., Suite 300<br>Wilmington, DE 19899-2323<br>Telephone: (302) 654-7444<br>E-mail: thoran@foxrothschild.com<br>E-mail: dthompson@foxrothschild.com<br><br>Michael A. Sweet (admitted pro hac vice)<br>325 California St., Suite 2200<br>San Francisco, CA 94104-2670<br>Telephone: (415) 364-5560<br>E-mail: msweet@foxrothschild.com<br><br>Gordon E. Gouveia (admitted pro hac vice)<br>321 N. Clark St., Suite 1600<br>Chicago, IL 60654<br>Telephone: (312) 980-3816<br>E-mail: ggouveia@foxrothschild.com<br><br>*Proposed Counsel to the Debtor and Debtor-in-Possession* |