# Michael Ullman

**From:** Michael Ullman
**Sent:** Thursday, May 07, 2020 7:55 PM
**To:** Tab Turner
**Cc:** Tony Thomas; Jared Ullman; Diana Simon; Michael Ullman
**Subject:** Re: SureFunding/Tradepay - Ullman & Ullman

Dear Mr. Turner.

Thank you for your email below.

I will review the attachment tomorrow.

For clarification I have not ignored anything. I responded to your inquiry because I believe that based upon the information that I have received to date you have no legal authority to request that my firm undertake any efforts in connection with the delivery of documents under the current circumstances.

As indicated I will review the court order and if necessary consider whether we need to undertake any additional action or maintain our current position.

Regards,

Mwu



Sent from my iPhone


> On May 7, 2020, at 7:18 PM, Tab Turner <tab@tturner.com> wrote:
>
> Mr. Ullman-
> I have no idea whether this will impact your decision whether to ignore the Power of Attorney, but enclosed is the Court Order entered today in Miami-Dade County recognizing the validity and enforceability of the irrevocable Power of Attorney. I provide this to make sure you understand that Tradepay's "alleged" counsel challenged the validity and the Court rejected the challenge. I say "alleged" only because our position was that Tradepay had no authority to hire counsel.
>
> Let me know if you have questions.
>
> Tab Turner
> TURNER & ASSOCIATES, P.A.

1



**CONFIDENTIALITY NOTICE:**
The information contained in this electronic mail communication is intended only for the individual or entity to whom it is addressed. It may contain privileged and confidential information that is exempt from disclosure by law and if you are not the intended recipient you may not copy, distribute or take any action in reliance upon it. If you have received this e-mail transmission in error, please notify our office immediately by e-mail or by telephone. Thank you for your cooperation.

<2020 05 07 - ORDER - POA.pdf>