# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SureFunding, LLC, | Case No. 20-10953 (LSS) |
| Debtor. | **Related to Docket Nos. 15, 34, 103** |

## ORDER PURSUANT TO 11 U.S.C. § 305(a)(1) SUSPENDING ALL PROCEEDINGS IN THE CHAPTER 11 CASE

Based on my findings of fact, and for the reasons set forth in my Bench Ruling Delivered June 1, 2020 (D.I. 103),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. Pursuant to 11 U.S.C. § 305(a)(1), all proceedings in this chapter 11 case are suspended pending determination of Debtor's motion to vacate or motion for reconsideration of the Court's April 7, 2020 Decision ("Motion to Vacate") currently pending in *Brett Hatton, et. al. v. SureFunding, LLC*, Case No. A-20-812651-B, Dept. No. XIII (District Court, Clark County, Nevada) (Denton, J.) and any motion practice on the Order Granting Motion for Appointment of Receiver entered April 13, 2020 ("Receiver Order").

2. The automatic stay imposed by 11 U.S.C. § 362 is modified solely to: (1) permit the Motion to Vacate to be pursued to a conclusion, whether by settlement, judgment, or otherwise, and (2) permit any motion practice on the form of Receiver Order. Except to the extent set forth in this paragraph, the automatic stay remains in effect in this bankruptcy case.

3. The Debtor and the Noteholders shall file a joint status report on the docket of this case within six (6) weeks of the entry of this Order.

4.  Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

5.  The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: June 3, 2020

Laurie Selber Silverstein
United States Bankruptcy Judge