**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SureFunding, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10953 (LSS) |

### AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On June 5, 2020, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| Date | Doc | Description |
|---|---|---|
| 06/04/2020 | 105 | Proposed Order Granting Motion Of Justin Abernathy And Jason Abernathy To Seal Their Motion For Protective Order In Connection With May 4, 2020 Depositions And May 12, 2020 Hearing With Respect To The Motions Of The United States Trustee And Certain Noteholders To Dismiss The Above-Captioned Chapter 11 Case (Related Doc # 74) Order Signed on 6/4/2020. |
| 06/04/2020 | 106 | Sealed Order Granting Motion By Justin Abernathy And Jason Abernathy For Protective Order In Connection With May 4, 2020 Depositions And May 12, 2020 Hearing With Respect To The Motions Of The United States Trustee And Certain Noteholders To Dismiss The Above-Captioned Chapter 11 Case (Related Doc # 59) Order Signed on 6/4/2020. |

X /s/ Gene Matthews
Gene Matthews

Dated: June 11, 2020
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 11th day of June 2020, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X /s/ Douglas John Depta

[Notary Seal: DOUGLAS JOHN DEPTA, MY COMMISSION EXPIRES OCTOBER 21, 2021, NOTARY PUBLIC, STATE OF DELAWARE]

# EXHIBIT A

| | |
|---|---|
| Thomas M. Horan, Esq.<br>Daniel B. Thompson, Esq.<br>FOX ROTHSCHILD LLP<br>919 N. Market Street, Suite 300<br>Wilmington, DE 19899-2323 | Gordon E. Gouveia, Esq.<br>FOX ROTHSCHILD LLP<br>321 N. Clark Street, Suite 1600<br>Chicago, IL 60654 |
| Michael A. Sweet, Esq.<br>FOX ROTHSCHILD LLP<br>325 California Street, Suite 2200<br>San Francisco, CA 94104-2670 | Colleen E. McCarty, Esq.<br>FOX ROTHSCHILD LLP<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, NV 89135 |
| Timothy Jay Fox, Jr., Esq.<br>OFFICE OF THE UNITED STATES TRUSTEE<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Scott D. Cousins<br>Scott D. Jones<br>BAYARD, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801 |
| Stanley B. Tarr, Esq.<br>Victoria A. Guilfoyle, Esq.<br>BLANK ROME LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801 | Kenneth J. Ottaviano, Esq.<br>William J. Dorsey, Esq.<br>Paige B. Tinkham, Esq.<br>BLANK ROME LLP<br>444 West Lake Street, Suite 1650<br>Chicago, IL 60606 |
| Brett Hatton<br>2906 South 4th Street<br>Austin, TX 78704 | Autumn Wind Global Multi-Strategies Fund<br>10132-G Colvin Run Road<br>Great Falls, VA 22066 |

Damon Gersh
84 Longview Rd.
Port Washington, NY 11050

Jason Eckenroth
3765 Wild Plum
Boulder, CO 80304

Wayne James and Associates, LLC
2903 Lepage Street, Suite 3
New Orleans, LA 70119

The Sherri Sands Revocable Trust
5137 Jungle Plum Road
Sarasota, FL 34242

Aliva Investments, Inc.
930 Tahoe Blvd. 802-511
Incline Village, NV 89451

Carrickfergus Investments Limited
3076 Sir Francis Drakes Highway Road
Tortola, BVI

Family Iron Trust
5348 Vegas Drive #778
Las Vegas, NV 89119

Dennis Pedra
3202 Plantation Village
Dorado, PR 00646

Glickfield Capital Management, LLC
FBO M. Glickfield Dynasty Trust
725 Rockville Pike, 3rd Floor
Rockville, MD 20852

Self Directed IRA Services, Inc.
Custodian Earl Coronel
P.O. Box 180344
Hawaii National Park, HI 96718

Equity Trust Company
Custodian FBO David Zebrowski
11 Dorado Beach East
Dorado, PR 00646

Jack C. Fortnum
4289 Deephaven
Lane Naples, FL 34119

Dylan Taylor
8 Lilhaven Lane
Littleton, CO 80123

Sequris Group, LLC
1071 N. Campbell Rd.
Royal Oak, MI 48067

ESECO, LLC
47911 Halyard Drive
Suite 100
Plymouth, MI 48170

The Briggs Management Trust
4 Valbella Dr.
Austin, TX 78746

BF LP
9041 E. Wesley Drive
Denver, CO 80231

Dylan Taylor 2011 Grantor Trust
401 East 8th Street Suite 319
Sioux Falls, SD 57103