IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SureFunding, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10953 (LSS) |

**JOINT STATUS REPORT**

In accordance with paragraph 3 of the Order Pursuant to 11 U.S.C. § 305(a)(1) Suspending All Proceedings in the Chapter 11 Case [D.I. 104], the Debtor and Noteholders file this joint status report:

1. On July 9, 2020, the District Court, Clark County, Nevada (the "Nevada Court"), heard oral argument on the Debtor's Superseding Motion to Vacate, Alter, or Amend Order Granting Motion for Appointment of Receiver and Request for Evidentiary Hearing.

2. The Nevada Court has taken the matter under advisement.

| | |
|---|---|
| Dated: July 13, 2020<br><br>**FOX ROTHSCHILD LLP**<br><br>/s/ Thomas M. Horan<br>Thomas M. Horan (DE Bar No. 4641)<br>Daniel B. Thompson (DE Bar No. 6588)<br>919 N. Market St., Suite 300<br>Wilmington, DE 19899-2323<br>Telephone: (302) 654-7444<br>E-mail: thoran@foxrothschild.com<br>E-mail: danielthompson@foxrothschild.com | Dated: July 13, 2020<br><br>**BLANK ROME LLP**<br><br>/s/ Stanley B. Tarr<br>Victoria A. Guilfoyle (No. 5183)<br>Stanley B. Tarr (No. 5535)<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br>Email: guilfoyle@blankrome.com<br>        tarr@blankrome.com<br><br>and |

---

[1] The last four digits of the Debtor's taxpayer identification number is 7898. The Debtor's headquarters and service address is 6671 Las Vegas Blvd., Suite 210, Las Vegas, NV 89119.

112210114

| | |
|---|---|
| Michael A. Sweet (admitted pro hac vice)<br>325 California St., Suite 2200<br>San Francisco, CA 94104-2670<br>Telephone: (415) 364-5560<br>E-mail: msweet@foxrothschild.com<br><br>Gordon E. Gouveia (admitted pro hac vice)<br>321 N. Clark St., Suite 1600<br>Chicago, IL 60654<br>Telephone: (312) 980-3816<br>E-mail: ggouveia@foxrothschild.com<br><br>*Proposed Counsel to the Debtor and Debtor-in-Possession* | Kenneth J. Ottaviano (*pro hac vice*)<br>William J. Dorsey (*pro hac vice*)<br>Paige B. Tinkham (*pro hac vice*)<br>444 West Lake Street, Suite 1650<br>Tel:  (312) 776-2600<br>Fax:  (312) 776-2601<br>Email: kottaviano@blankrome.com<br>           wdorsey@blankrome.com<br>           ptinkham@blankrome.com<br><br>*Attorneys for the Noteholders* |