# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> SureFunding, LLC,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 20-10953 (LSS) |

## SECOND STATUS REPORT

1. On July 9, 2020, the District Court, Clark County, Nevada (the "Nevada Court"), heard oral argument on the Debtor's Superseding Motion to Vacate, Alter, or Amend Order Granting Motion for Appointment of Receiver and Request for Evidentiary Hearing (the "Motion").

2. On July 22, 2020, the Court entered its order (the "Order") denying the Motion. A copy of the Order is attached to this status report as Exhibit 1.

3. The Debtor is filing an appeal from the Order and will seek a stay pending appeal.

4. The Debtor respectfully requests that this case remain suspended until such time as the Debtor's appeal from the Order is adjudicated.

Dated: July 22, 2020

**FOX ROTHSCHILD LLP**

/s/ Thomas M. Horan
Thomas M. Horan (DE Bar No. 4641)
Daniel B. Thompson (DE Bar No. 6588)
919 N. Market St., Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 654-7444
E-mail: thoran@foxrothschild.com
E-mail: danielthompson@foxrothschild.com

---

[1] The last four digits of the Debtor's taxpayer identification number is 7898. The Debtor's headquarters and service address is 6671 Las Vegas Blvd., Suite 210, Las Vegas, NV 89119.

112515102

        Michael A. Sweet (admitted pro hac vice)
        325 California St., Suite 2200
        San Francisco, CA 94104-2670
        Telephone: (415) 364-5560
        E-mail: msweet@foxrothschild.com

        Gordon E. Gouveia (admitted pro hac vice)
        321 N. Clark St., Suite 1600
        Chicago, IL 60654
        Telephone: (312) 980-3816
        E-mail: ggouveia@foxrothschild.com

*Proposed Counsel to the Debtor and Debtor-in-Possession*