# **Exhibit 1**

Electronically Filed
7/22/2020 11:46 AM
Steven D. Grierson
CLERK OF THE COURT

**NEOJ**
ADAM K. BULT, ESQ., Nevada Bar No. 9332
abult@bhfs.com
TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:   702.382.8135

WILLIAM J. DORSEY, ESQ. (admitted *pro hac vice*)
wdorsey@blankrome.com
BLANK ROME LLP
444 West Lake Street, Suite 1650
Chicago, IL 60606
Telephone:  312.776.2512
Facsimile:   312.264.2425

*Attorneys for Plaintiffs*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| BRETT HATTON, an individual; EARL CORONEL, an individual; AUTUMN WIND GLOBAL MULTI-STRATEGIES FUND, LP, a Delaware limited partnership; DAMON GERSH, an individual; JASON ECKENROTH, an individual; SHERRI R. SANDS, as Trustee of THE SHERRI R. SANDS REVOCABLE TRUST, a Florida trust; GLICKFIELD CAPITAL MANAGEMENT, LLC FBO M. GLICKFIELD DYNASTY TRUST, a Maryland trust; GLICKFIELD CAPITAL MANAGEMENT, LLC FBO CHERYL NEWMARK, a Maryland Trust; GLICKFIELD CAPITAL MANAGEMENT, LLC FBO MARLA SCHRAM, a Maryland trust; CARRICKFERGUS INVESTMENTS LIMITED, a British Virgin Islands company; STEPHANE CARNOT, as Trustee of the CARNOT FAMILY TRUST, a District of Columbia trust; DORSEY AND WHITNEY TRUST CO., LLC, as Trustee of the DYLAN TAYLOR 2011 GRANTOR TRUST, a South Dakota trust; ESECO, LLC, a Michigan limited liability company; SEQURIS GROUP, LLC, a Michigan limited liability company; MATTHEW BRIGGS, as Trustee of THE BRIGGS MANAGEMENT TRUST; MICHAEL | CASE NO.:  A-20-812651-B<br>DEPT NO.: XIII<br><br>**NOTICE OF ENTRY OF ORDER DENYING SUPERSEDING MOTION TO VACATE, ALTER, OR AMEND ORDER GRANTING MOTION FOR APPOINTMENT OF RECEIVER AND REQUEST FOR EVIDENTIARY HEARING FILED BY DEFENDANT SUREFUNDING, LLC AND JOINDER THERETO** |

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | RUBENSTEIN, an individual; JUNE FARMER, an individual; THOMAS CARL MYERS, an individual; RICHARD L ROGERS, an individual; NEAL J. GLICKFIELD, as Trustee of the NEAL J. GLICKFIELD 2018 TRUST, a Maryland trust; LINEAGE, LLC, a Virginia limited liability company; CHARLES B. CHOKEL, as Trustee of the CHARLES B. CHOKEL TRUST U/A 4/21/92, a New Hampshire trust; BRIAN GRAY, an individual; HFJ INVESTMENTS I, LLC, a Texas limited liability company; PATRICIA B. JONES, as Trustee of the PATRICIA B JONES REVOCABLE TRUST, a Maryland trust; JOHN B. SHAW as Trustee of the JOHN B. SHAW 2012 FAMILY GRANTOR TRUST; and 1086 LLC, a Maryland limited liability company, |
| 11 | *Plaintiffs*, |
| 12 | v. |
| 13<br>14 | SUREFUNDING, LLC, a Delaware limited liability company; |
| 15 | *Defendant*. |

PLEASE TAKE NOTICE that ORDER DENYING SUPERSEDING MOTION TO VACATE, ALTER, OR AMEND ORDER GRANTING MOTION FOR APPOINTMENT OF RECEIVER AND REQUEST FOR EVIDENTIARY HEARING FILED BY DEFENDANT SUREFUNDING, LLC AND JOINDER THERETO was entered on the 22nd day of July, 2020.

. . .

. . .

. . .

. . .

2

1   A copy of said Order is attached hereto.

2   DATED this 22nd day of July, 2020.

3          BROWNSTEIN HYATT FARBER SCHRECK, LLP

4   BY: */s/ Travis F. Chance*
  ADAM K. BULT, ESQ., Nevada Bar No. 9332
  abult@bhfs.com
  TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
  tchance@bhfs.com
  100 North City Parkway, Suite 1600
  Las Vegas, NV  89106-4614
  Telephone:  702.382.2101
  Facsimile:   702.382.8135

BLANK ROME LLP

WILLIAM J. DORSEY, ESQ. (admitted *pro hac vice*)
wdorsey@blankrome.com

*Attorneys for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Brownstein Hyatt Farber Schreck, LLP, and pursuant to NRCP 5(b), EDCR 8.05, Administrative Order 14-2, and NEFCR 9, I caused a true and correct copy of the foregoing **NOTICE OF ENTRY OF ORDER** to be submitted electronically for filing and/or service with the Eighth Judicial District Court via the Court's Electronic Filing System on the 22nd day of July, 2020, to the following:

Mark J. Connot, Esq.
mconnot@foxrothchild.com
Colleen E. McCarty, Esq.
cmccarty@foxrothchild.com
FOX ROTHCHILD LLP
1980 Festival Plaza Drive
Las Vegas, NV  89135

*Attorneys for Defendant SureFunding, LLC*

Aaron D. Shipley, Esq.
ashipley@mcdonaldcarano.com
MCDONALD CARANO LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV  89102

*Attorneys for Ad Hoc Committee of SureFunding Noteholders*

/s/ Paula Kay
an employee of Brownstein Hyatt Farber Schreck, LLP

Electronically Filed
7/22/2020 10:30 AM
Steven D. Grierson
CLERK OF THE COURT

**ODM**
ADAM K. BULT, ESQ., Nevada Bar No. 9332
abult@bhfs.com
TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

WILLIAM J. DORSEY, ESQ. (admitted *pro hac vice*)
wdorsey@blankrome.com
BLANK ROME LLP
444 West Lake Street, Suite 1650
Chicago, IL 60606
Telephone: 312.776.2512
Facsimile: 312.264.2425

*Attorneys for Plaintiffs*

# DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| BRETT HATTON, an individual; EARL CORONEL, an individual; AUTUMN WIND GLOBAL MULTI-STRATEGIES FUND, LP, a Delaware limited partnership; DAMON GERSH, an individual; JASON ECKENROTH, an individual; SHERRI R. SANDS, as Trustee of THE SHERRI R. SANDS REVOCABLE TRUST, a Florida trust; GLICKFIELD CAPITAL MANAGEMENT, LLC FBO M. GLICKFIELD DYNASTY TRUST, a Maryland trust; GLICKFIELD CAPITAL MANAGEMENT, LLC FBO CHERYL NEWMARK, a Maryland Trust; GLICKFIELD CAPITAL MANAGEMENT, LLC FBO MARLA SCHRAM, a Maryland trust; CARRICKFERGUS INVESTMENTS LIMITED, a British Virgin Islands company; STEPHANE CARNOT, as Trustee of the CARNOT FAMILY TRUST, a District of Columbia trust; DORSEY AND WHITNEY TRUST CO., LLC, as Trustee of the DYLAN TAYLOR 2011 GRANTOR TRUST, a South Dakota trust; ESECO, LLC, a Michigan limited liability company; SEQURIS GROUP, LLC, a Michigan limited liability company; MATTHEW BRIGGS, as Trustee of THE BRIGGS MANAGEMENT TRUST; MICHAEL | CASE NO.: A-20-812651-B<br>DEPT NO.: XIII<br><br>**ORDER DENYING SUPERSEDING MOTION TO VACATE, ALTER, OR AMEND ORDER GRANTING MOTION FOR APPOINTMENT OF RECEIVER AND REQUEST FOR EVIDENTIARY HEARING FILED BY DEFENDANT SUREFUNDING, LLC AND JOINDER THERETO** |

21301632

1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

| | |
|---|---|
| RUBENSTEIN, an individual; JUNE FARMER, an individual; THOMAS CARL MYERS, an individual; RICHARD L ROGERS, an individual; NEAL J. GLICKFIELD, as Trustee of the NEAL J. GLICKFIELD 2018 TRUST, a Maryland trust; LINEAGE, LLC, a Virginia limited liability company; CHARLES B. CHOKEL, as Trustee of the CHARLES B. CHOKEL TRUST U/A 4/21/92, a New Hampshire trust; BRIAN GRAY, an individual; HFJ INVESTMENTS I, LLC, a Texas limited liability company; PATRICIA B. JONES, as Trustee of the PATRICIA B JONES REVOCABLE TRUST, a Maryland trust; JOHN B. SHAW as Trustee of the JOHN B. SHAW 2012 FAMILY GRANTOR TRUST; and 1086 LLC, a Maryland limited liability company, | |
| *Plaintiffs*, | |
| v. | |
| SUREFUNDING, LLC, a Delaware limited liability company; | |
| *Defendant*. | |

This matter having come on for hearing before the Court on July 9, 2020 on Defendant SUREFUNDING, LLC's ("SureFunding") Superseding Motion To Vacate, Alter, Or Amend Order Granting Motion For Appointment Of Receiver and Request for Evidentiary Hearing filed by Defendant SureFunding, LLC (the "Superseding Motion") and Intervenor the NON-PARTY AD HOC COMMITTEE's (the "Intervenor") Joinder thereto,

Plaintiffs BRETT HATTON, EARL CORONEL, AUTUMN WIND GLOBAL MULTI-STRATEGIES FUND, LP, DAMON GERSH, JASON ECKENROTH, SHERRI R. SANDS, as Trustee of THE SHERRI R. SANDS REVOCABLE TRUST, GLICKFIELD CAPITAL MANAGEMENT, LLC FBO M. GLICKFIELD DYNASTY TRUST, GLICKFIELD CAPITAL MANAGEMENT, LLC FBO CHERYL NEWMARK, GLICKFIELD CAPITAL MANAGEMENT, LLC FBO MARLA SCHRAM, CARRICKFERGUS INVESTMENTS LIMITED, STEPHANE CARNOT, as Trustee of the CARNOT FAMILY TRUST, DORSEY AND WHITNEY TRUST CO., LLC, as Trustee of the DYLAN TAYLOR 2011 GRANTOR

21301632

2

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

TRUST, ESECO, LLC, SEQURIS GROUP, LLC, MATTHEW BRIGGS, as Trustee of THE BRIGGS MANAGEMENT TRUST; MICHAEL RUBENSTEIN, JUNE FARMER, THOMAS CARL MYERS, RICHARD L ROGERS, NEAL J. GLICKFIELD, as Trustee of the NEAL J. GLICKFIELD 2018 TRUST, LINEAGE, LLC, CHARLES B. CHOKEL, as Trustee of the CHARLES B. CHOKEL TRUST U/A 4/21/92, BRIAN GRAY, HFJ INVESTMENTS I, LLC, PATRICIA B. JONES, as Trustee of the PATRICIA B JONES REVOCABLE TRUST, JOHN B. SHAW as Trustee of the JOHN B. SHAW 2012 FAMILY GRANTOR TRUST, and 1086 LLC (collectively, "Plaintiffs") having appeared by and through their counsel of record Travis F. Chance, Esq., of the law firm of Brownstein Hyatt Farber Schreck, LLP, and William J. Dorsey, Esq., of the law firm of Blank Rome LLP (admitted *pro hac vice*), SureFunding having appeared by its counsel of record Mark J. Connot, Esq. and Colleen E. McCarty, Esq., of the law firm of Fox Rothschild LLP, and the Intervenor having appeared by and through its counsel of record Aaron D. Shipley, Esq., of the law firm of McDonald Carano LLP,

The Court having considered the Superseding Motion, the Joinder, Plaintiffs' Opposition thereto and its associated exhibits, and SureFunding's Reply in Support of the Superseding Motion, the pleadings on file herein, and the arguments of counsel at the hearing, finds as follows:

1. On April 7, 2020, this Court entered its Decision granting Plaintiffs' Motion for Appointment of Receiver ("Decision") and directed the parties to submit a proposed form of receivership order.

2. On April 10, 2020, SureFunding submitted a Motion to Vacate, Alter, or Amend the Decision on Order Shortening Time to the Court. The Court set SureFunding's motion to vacate for hearing on April 20, 2020.

3. On April 13, 2020, this Court entered that certain Order Granting Motion for Appointment of Receiver ("Receiver Order"), appointing Michael Flanagan as receiver for the purposes of liquidating SureFunding. Notice of entry of the Receiver Order was filed and served that same day.

. . .

21301632

3

4. Before SureFunding's motion to vacate was heard, on April 14, 2020, SureFunding file a Chapter 11 bankruptcy petition in the U.S. Bankruptcy Court for the District of Delaware and invoked the automatic stay to stay these Nevada proceedings, including the hearing on its own motion to vacate.

5. On April 16, 2020, Plaintiffs moved the Delaware Bankruptcy Court to dismiss SureFunding's bankruptcy petition in favor of this proceeding.

6. Following a two day evidentiary hearing, the Delaware Bankruptcy Court issued a Bench Ruling and Order, concluding that SureFunding had failed to meet its burden of showing a good faith bankruptcy filing; finding that the "Nevada court provides the opportunity for an orderly wind down under an experienced and well qualified receiver"; suspending the Delaware bankruptcy proceedings; and lifting the stay to permit this Court to consider SureFunding's motion to vacate.

7. On June 5, 2020, SureFunding filed a superseding motion to vacate the Receiver Order ("Superseding Motion"). The Superseding Motion was fully briefed and set for argument on July 9, 2020.

8. Without objection, an *ad hoc* committee of additional noteholders was permitted to intervene and file a joinder ("Joinder") to the Superseding Motion. In connection with the briefing of the Superseding Motion and Joinder, Plaintiffs notified the Court that they had prepared a proposed, revised receiver order ("Proposed Order") clarifying that all noteholders, not just the Plaintiffs, will have input into receivership actions.[1]

9. This Court has authority under NRS 32.010 to appoint a receiver over SureFunding and properly exercised that authority in appointing Mr. Flanagan. SureFunding admits that this Court has jurisdiction over it and that its principal place of business is in Nevada. This Court did not act beyond its authority in applying NRS 32.010 or in finding that Plaintiffs had made an adequate showing of potential risk of loss and material injury under NRS 32.010(1) in support of the appointment of a receiver. NRS 32.010(5) provides an additional basis for the

---

[1] *See* Notice of Non-Opp'n to the Non-Party Ad Hoc Committee's Mot. to Int., filed July 6, 2020, at Ex. A.

21301632

4

1 appointment of a receiver, as SureFunding admits it is insolvent and/or in imminent danger of
2 insolvency. This fact is further evidenced by its filing of the Delaware bankruptcy petition.

3     10.    The Court further finds that this action and Plaintiffs' motion to appoint a receiver
4 are not barred by the Third Amended Note Purchase Agreement and Plaintiffs do not lack
5 standing. NRS 32.010 gives any "creditor" the right to seek the appointment of a receiver. It is
6 not a secured lender remedy and thus any prohibition in the Third Amended Note Purchase
7 Agreement on exercising rights "with respect to the Collateral" do not apply to the relief
8 requested here. Moreover, SureFunding failed to demonstrate that Plaintiffs here are actually
9 seeking to exercise any rights with respect to the Collateral that would be otherwise prohibited
10 under the Third Amended Note Purchase Agreement and further failed to demonstrate that each
11 Plaintiff was a party to the Third Amended Note Purchase Agreement or is otherwise bound by its
12 terms. The Court notes that the copy attached to the Superseding Motion is unsigned.

13     11.    The Court also did not misapprehend the role of a CRO. Rather, the Court has
14 concluded – and SureFunding has admitted – that it is in liquidation and that Mr. Flanagan is
15 qualified to run that process. This is not a basis to vacate or reconsider the Receiver Order.

16     12.    Finally, the Court did not misapply NRS 86.5411 to a Delaware LLC, as
17 SureFunding contends in the Superseding Motion. The Court relied on NRS 32.010 to order the
18 appointment of the receiver and pointed to NRS 86.5411 as a point of comparison only.

19 . . .
20 . . .
21 . . .
22 . . .
23 . . .
24 . . .
25 . . .
26 . . .
27 . . .
28 . . .

21301632

5

Based upon the foregoing, the Superseding Motion and Joinder are hereby **DENIED** in their entirety.  Upon the Delaware Bankruptcy Court's entry of an order lifting the stay, this Court will consider a revised form of receivership order to be provided by Plaintiffs.

**IT IS SO ORDERED.**

DATED this  22   day of July, 2020.

_____
HON. MARK R. DENTON, District Court Judge

Respectfully Submitted By:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

BY: */s/ Travis F. Chance*
ADAM K. BULT, ESQ., Nevada Bar No. 9332
TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800

BLANK ROME LLP
WILLIAM J. DORSEY, ESQ. (admitted *pro hac vice*)
wdorsey@blankrome.com

*Attorneys for Plaintiffs*

21301632