IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SureFunding, LLC, | Case No. 20-10953 (LSS) |
| Debtor. | **Related to Docket Nos. 104** |

### SUPPLEMENTAL ORDER PURSUANT TO 11 U.S.C. § 305(a)(1) SUSPENDING ALL PROCEEDINGS IN THE CHAPTER 11 CASE

Having reviewed the Second Status Report (D.I. 111) and the Noteholders' Response to Debtor's Second Status Report (D.I. 113),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The automatic stay imposed by 11 U.S.C. § 362 is further modified solely to permit Judge Denton to consider, rule upon and enter a further Receiver Order as he deems appropriate.

2. The Debtor and the Noteholders shall file a joint status report on the docket of this case after Judge Denton rules.

3. Except as supplemented herein, the Order Pursuant to 11 U.S.C. § 305(a)(1) Suspending All Proceedings in the Chapter 11 Case remains unchanged and in full force and effect.

Dated: July 28, 2020

*[signature]*
Laurie Selber Silverstein
United States Bankruptcy Judge