IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SureFunding, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10953 (LSS)<br><br>Related to Docket Nos. ____ |

**FURTHER SUPPLEMENTAL ORDER PURSUANT TO 11 U.S.C. §305(a)(1)
SUSPENDING ALL PROCEEDINGS IN THE CHAPTER 11**

Having reviewed the Noteholders' Status Report [D.I. 119] and the Debtor's Third Status Report [D.I. 120],

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The automatic stay imposed by 11 U.S.C. § 362 is further modified to permit the Receiver appointed in the matter styled as *Brett Hatton, et al. v. SureFunding, LLC*, Case No. A-20-812651-B, Dept. No. XIII (District Court, Clark County, Nevada) (Denton, J.) ("Nevada Action") to proceed in all respects as such court deems appropriate.

2. The Debtor and the Noteholders shall file a joint status report on the docket of this case after a final ruling on the appeal to the Supreme Court of Nevada on the Noteholders' motion to appoint a Receiver in the Nevada Action.

3. Except as supplemented herein, the *Order Pursuant to 11 U.S.C. § 305(a)(1) Suspending All Proceedings in the Chapter 11 Case* [D.I. 104] remains unchanged and in full force and effect.

**LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE**

Dated: Sept 14, 2020
Wilmington, Delaware