# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SureFunding, LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 20-10953 (LSS) |

## NOTICE OF SUBMISSION OF
## THIRD AMENDMENT TO NOTE PURCHASE AGREEMENT

The above-captioned debtor and debtor-in-possession, SureFunding, LLC (the "Debtor"), by and through its proposed counsel, hereby submits the attached Third Amendment to Note Purchase Agreement as Exhibit A.

Dated: August 25, 2022

MORRIS JAMES LLP

*/s/ Jeffrey R. Waxman*
Carl N. Kunz, III (DE Bar No. 3201)
Jeffrey R. Waxman (DE Bar No.4159)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
E-mail: jwaxman@morrisjames.com

*Proposed Counsel to the Debtor*

13752704.v1