# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SureFunding, LLC,<br><br>                 Debtor. | Chapter 11<br><br>Case No. 20-10953 (LSS)<br><br>**Re: Docket No. 138** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT** the Debtor, Surefunding, LLC ("Debtor"), in the above-captioned chapter 11 case, hereby provides notice of its withdrawal, without prejudice, of the *Emergency Motion for a Determination That the Automatic Stay Does Not Apply to the Disgorgement Motion Filed by the Debtor in Nevada State Court* [Docket No. 138] (the "Emergency Motion") filed on August 26, 2022 with the United States Bankruptcy Court for the District of Delaware.

The Court denied (via email) Debtor's motion to shorten with respect to the Emergency Motion, but there has been no substantive response or objection to the Emergency Motion filed to date.

Dated: September 12, 2022            MORRIS JAMES LLP

                                        */s/ Carl N. Kunz, III*
                                        Carl N. Kunz, III (DE Bar No. 3201)
                                        Jeffrey R. Waxman (DE Bar No.4159)
                                        500 Delaware Avenue, Suite 1500
                                        Wilmington, DE 19801
                                        Telephone: (302) 888-6800
                                        Facsimile: (302) 571-1750
                                        E-mail: ckunz@morrisjames.com
                                        E-mail: jwaxman@morrisjames.com

                                        *Proposed Counsel to the Debtor*

13770358.v1