# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SureFunding, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10953 (LSS)<br><br>**Related to Docket Nos. 15, 34, 103** |

### ORDER LIFTING THE SUSPENSION
### OF THE PROCCEDINGS IN THIS BANKRUPTCY CASE

**WHEREAS**, on June 3, 2020, the Court entered its Order Pursuant to 11 U.S.C. § 305(a)(1) Suspending All Proceedings in the Chapter 11 Case [Dkt. No. 104], and

**WHEREAS**, on July 28, 2020, the Court entered its Supplemental Order Pursuant to 11 U.S.C. § 305(a)(1) Suspending All Proceedings in the Chapter 11 Case [Dkt. No. 114], and

**WHEREAS**, on September 14, 2020, the Court entered its Further Supplemental Order Pursuant to 11 U.S.C. § 305(a)(1) Suspending All Proceedings in the Chapter 11 Case [Dkt. No. 124],

**NOW WHEREFORE**, as set forth at the hearing held on October 17, 2022,

**IT IS HEREBY ORDERED, ADJUDGED**, **AND DECREED THAT**:

1. The suspension of the proceedings in this bankruptcy case is lifted.

2. The automatic stay imposed by 11 U.S.C. § 362 is modified solely to: (i) permit the entry of an order terminating the receivership proceedings in *Brett Hatton, et. al. v. SureFunding, LLC*, Case No. A-20-812651-B, Dept. No. XIII (District Court, Clark County, Nevada) (Denton, J.) consistent with Order of Reversal and Remand issued by the Supreme Court of the State of Nevada, No. 81639 filed January 13, 2022, and (2) permit the entry of

an order requiring disgorgement of fees the Receiver paid to the Noteholders' legal counsel if the court is so inclined to do so.

       3.      Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

Dated: October 17, 2022

*(signature)*
Laurie Selber Silverstein
United States Bankruptcy Judge