# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SureFunding, LLC, | Case No. 20-10953 (LSS) |
| Debtor. | |

## NOTICE OF ENTRY OF ORDERS BY THE
## DISTRICT COURT FOR CLARK COUNTY, NEVADA

PLEASE TAKE NOTICE THAT on October 26, 2022, the District Court for Clark County, Nevada, issued the following two Orders:

(1) Order Granting Motion to Vacate Order Awarding Attorney's Fees and Dismissing Action, a copy of which is attached hereto as **Exhibit A**; and

(2) Stipulation and Order Terminating Receivership and Discharging Receiver, a copy of which is attached hereto as **Exhibit B**.

These Orders are being filed with the Court to advise the Court of their issuance, without comment.

Dated: October 27, 2022

MORRIS JAMES LLP

*/s/ Carl N. Kunz, III*
Carl N. Kunz, III (DE Bar No. 3201)
Jeffrey R. Waxman (DE Bar No. 4159)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
E-mail: jwaxman@morrisjames.com

*Proposed Counsel to the Debtor*

13865419.v1