**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SureFunding, LLC, | Case No. 20-10953 (LSS) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 14, 2022 AT 10:00 A.M. (ET)**

> **This hearing will be conducted in-person. Any exceptions must be approved by chambers.**
>
> **Parties may observe the hearing remotely by registering with the Zoom link below no later than December 14, 2022 at 8:00 a.m.**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJIscOqtrjgqGSep7S4IsMiFf5Zc32nPHIA**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**MATTERS GOING FORWARD:**

1. Noteholders' Motion for an Order Converting this Case to Chapter 7 [Filed September 27, 2022; Docket No. 150].

   Objection Deadline:    At the October 17, 2022 hearing.

   Responses/Objections Received:

   A. Debtor's Omnibus Opposition to United States Trustee's Motion for an Order Converting this Case to Chapter 7 or Appointing a Trustee [D.I. 147] and Noteholders' Motion for an Order Converting this Case to Chapter 7 [D.I. 150] [Filed October 12, 2022; Docket No. 165].

   B. Noteholders' Reply in Support of their Motion for an Order Converting this Case to Chapter 7 [Filed October 13, 2022; Docket No. 166].

   Related Documents:

   A. Motion to Shorten Notice Period with Respect to Noteholders' Motion for an Order Converting this Case to Chapter 7 [Filed September 27, 2022; Docket No. 151].

    B. Debtor's Opposition to United States Trustee's and Certain Noteholders' Motions to Shorten [Filed September 30, 2022; Docket No. 155].

    C. Order Granting Motion To Shorten Notice Period With Respect To Noteholders Motion For An Order Converting This Case To Chapter 7 [Filed October 3, 2022; Docket No. 159].

    D. Amended Notice of Hearing Regarding Noteholders' Motion for an Order Converting this Case to Chapter 7 [Filed October 4, 2022; Docket No. 161].

Status: At the October 28, 2022 bench ruling, the Court continued this matter for a brief period to allow the Noteholders to take discovery with respect to a limited issue. An evidentiary hearing is going forward on this contested matter.

2. Debtor's Application for Entry of an Order Authorizing the Debtor to Employ and Retain Gavin/Solmonese LLC to Provide a Chief Restructuring Officer and Related Services Pursuant to 11 U.S.C. §§ 363 and 105 Effective as of the Petition Date [Filed April 20, 2020; Docket No. 24].

Objection Deadline:    May 5, 2020 at 4:00 p.m.

Responses/Objections Received

    A. [Redacted] Noteholders' Omnibus Objection to Debtors' Motions [Filed May 4, 2020; Docket No. 56].

    B. Noteholders' Supplemental Objection to Debtor's Application for Entry of an Order Authorizing and Approving Retention of Gavin/Solmonese LLC [Filed October 13, 2022; Docket No. 167].

Related Documents:

    A. Supplemental Declaration of Edward T. Gavin, CTP, NCPM in Support of the Debtor's Application for Entry of an Order Authorizing the Debtor to Employ and Retain Gavin/Solmonese LLC to Provide a Chief Restructuring Officer and Related Services Pursuant to 11 U.S.C. §§ 363 and 105 Effective as of the Petition Date [Filed September 30, 2022; Docket No. 156].

    B. Notice of Hearing on Debtor's Application for Entry of an Order Authorizing the Debtor to Employ and Retain Gavin/Solmonese LLC to Provide a Chief Restructuring Officer and Related Services Pursuant to 11 U.S.C. §§ 363 and 105 Effective as of the Petition Date [Filed October 7, 2022; Docket No. 164].

Status: A hearing on this matter was held on October 17, 2022. At the bench ruling on October 28, 2022, the Court continued this matter to the next omnibus hearing. This matter is going forward.

3. Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Fox Rothschild LLP as Counsel for the Debtor Effective as of the Petition Date [Filed April 21, 2020; Docket No. 27].

   Objection Deadline:   May 6, 2020 at 4:00 p.m.

   Responses/Objections Received:

   A. [REDACTED] Noteholders' Omnibus Objection to Debtor's Motions [Filed May 4, 2020; Docket No. 56].

   Related Documents:

   A. Supplemental Affidavit of Thomas M. Horan in Support of Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Fox Rothschild, LLP as Counsel for the Debtor Effective as of the Petition Date [Filed April 29, 2020; Docket No. 46].

   B. Notice of Hearing [Filed November 11, 2022; Docket No. 184].

   Status: This matter is going forward.

4. Application for Entry of an Order Authorizing and Approving the Employment of Morris James LLP as Replacement Counsel to the Debtor *Nunc Pro Tunc* to July 6, 2022 [Filed August 5, 2022; Docket No. 128].

   Objection Deadline:   August 19, 2022 at 4:00 p.m.

   Responses/Objections Received:

   A. Noteholders' Objection to Debtor's Application for Entry of an Order Authorizing and Approving the Employment of Morris James LLP as Replacement Counsel to the Debtor *Nunc Pro Tunc* to July 6, 2022 [Filed August 18, 2022; Docket No. 129].

   Related Documents:

   A. Notice of Hearing on Application for Entry of an Order Authorizing and Approving the Employment of Morris James LLP as Replacement Counsel to the Debtor *Nunc Pro Tunc* to July 6, 2022 [Filed September 27, 2022; Docket No. 145].

Status: A hearing on this matter was held on October 17, 2022.  At the bench ruling on October 28, 2022, the Court continued this matter to the next omnibus hearing.  This matter is going forward.

5. Debtor's Amended Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 501, 502, and 1111(a), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rule 2002-1(e) Establishing Bar Dates and Filing Proofs of Claim and Approving the Form and Manner Notice Thereof [Filed November 11, 2022; [Docket No. 183](Docket No. 183)].

   Objection Deadline:    November 28, 2022 at 4:00 p.m.

   Responses/Objections Received:

   A. Informal comments received from the United States Trustee.

   Related Documents:

   A. Certification of Counsel Regarding Debtor's Amended Motion for Entry of an Order Pursuant to Bankruptcy Code Sections 501, 502, and 1111(a), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rule 2002-1(e) Establishing Bar Dates and Filing Proofs of Claim and Approving the Form and Manner Notice Thereof [Filed December 7, 2022; [Docket No. 200](Docket No. 200)].

   Status: A certification of counsel has been filed.  Accordingly, no hearing is necessary unless the Court has questions.

6. Debtor's Amended Motion for Entry of an Order Authorizing the Employment and Compensation of Certain Professionals Utilized in the Ordinary Course of Business Effective as of the Petition Date [Filed November 11, 2022; [Docket No. 187](Docket No. 187)].

   Objection Deadline:    November 28, 2022 at 4:00 p.m.

   Responses/Objections Received:

   A. Informal comments received from the United States Trustee.

   Related Documents:

   A. Certification of Counsel Regarding Debtor's Amended Motion for Entry of an Order Authorizing the Employment and Compensation of Certain Professionals Utilized in the Ordinary Course of Business Effective as of the Petition Date [Filed December 7, 2022; [Docket No. 201](Docket No. 201)].

   Status: A certification of counsel has been filed.  Accordingly, no hearing is necessary unless the Court has questions.

|  |  |
|---|---|
| Dated: December 12, 2022 | MORRIS JAMES LLP |
|  | */s/ Jeffrey R. Waxman* |
|  | Carl N. Kunz, III (DE Bar No. 3201) |
|  | Jeffrey R. Waxman (DE Bar No. 4159) |
|  | 500 Delaware Avenue, Suite 1500 |
|  | Wilmington, DE 19801 |
|  | Telephone: (302) 888-6800 |
|  | Facsimile: (302) 571-1750 |
|  | E-mail: ckunz@morrisjames.com |
|  | E-mail: jwaxman@morrisjames.com |
|  | *Proposed Counsel to the Debtor* |