## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SureFunding, LLC, | Case No. 20-10953 (LSS) |
| Debtor. | **Related to Docket Nos. 147 & 150** |

## ORDER DENYING:

### NOTEHOLDER'S MOTION FOR AN ORDER
### CONVERTING THIS CASE TO CHAPTER 7

### UNITED STATES TRUSTEE'S SUPPLEMENTAL
### MOTION FOR AN ORDER CONVERTING THIS CASE TO CHAPTER 7
### OR DIRECTING THE APPOINTMENT OF A TRUSTEE

For the reasons set forth in my bench rulings of October 28, 2022, and January 20, 2023, the Noteholder's Motion for an Order Converting this Case to Chapter 7 [Docket No. 150] and the United States Trustee's Supplemental Motion for an Order Converting this Case to Chapter 7 or Directing the Appointment of a Trustee [Docket 147] are **DENIED**.

Dated: January 24, 2023

_____
Laurie Selber Silverstein
United States Bankruptcy Judge