IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SureFunding, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10953 (LSS) |

## NOTICE OF APPEAL

Noteholders[1] in the above-captioned bankruptcy case, through their undersigned counsel, and pursuant to 28 U.S.C. § 158(a) and Rules 8002(a) and 8003(a) of the Federal Rules of Bankruptcy Procedure, hereby appeal from the *Order Denying Noteholders' Motion for Order Converting this Case to Chapter 7* [Docket No. 232] (the "Order"), entered on January 24, 2023, a copy of which is attached hereto as Exhibit 1.[2] Noteholders submit this Notice of Appeal in conformity with Official Bankruptcy Form B417A.

---

[1] "Noteholders" are Brett Hatton, an individual; Earl Coronel, an individual; Autumn Wind Global Multi-Strategies Fund, LP, a Delaware Limited Partnership; Damon Gersh, an individual; Jason Eckenroth, an individual; Sherri R. Sands, as trustee of the Sherri R. Sands Revocable Trust, a Florida Trust; Glickfield Capital Management, LLC fbo M. Glickfield Dynasty Trust, a Maryland Trust; Glickfield Capital Management, LLC fbo Cheryl Newmark, a Maryland Trust; Glickfield Capital Management, LLC fbo Marla Schram, a Maryland Trust; Carrickfergus Investments Limited, a British Virgin Islands Company; Stephane Carnot, as Trustee of the Carnot Family Trust, a District of Columbia Trust; Dorsey and Whitney Trust Co., LLC, as Trustee of the Dylan Taylor 2011 Grantor Trust, a South Dakota Trust; Eseco, LLC, a Michigan Limited Liability Company; Sequris Group, LLC, a Michigan Limited Liability Company; Matthew Briggs, as Trustee of the Briggs Management Trust; Michael Rubenstein, an individual; June Farmer, an individual; Thomas Carl Myers, an individual; Richard L. Rogers, an individual; Neal J. Glickfield, as Trustee of the Neal J. Glickfield 2018 Trust, a Maryland Trust; Lineage, LLC, a Virginia Limited Liability Company; Charles B. Chokel, as Trustee of the Charles B. Chokel Trust u/a 4/21/92, a New Hampshire Trust; Brian Gray, an individual; HFJ Investments I, LLC, a Texas Limited Liability Company; Patricia B. Jones, as Trustee of the Patricia B. Jones Revocable Trust, a Maryland Trust; John B. Shaw as Trustee of the John B. Shaw 2012 Family Grantor Trust; and 1086 LLC, a Maryland Limited Liability Company.

[2] Given that the Order is a final order, leave to appeal is not required; however, if this Court were to determine otherwise, Noteholders request the ability to file a motion in support thereof in accordance with Federal Rule of Bankruptcy Procedure 8004(d).

**Part 1: Identify the Appellant**

    1.    Name of appellant: Noteholders.

    2.    Position of appellant in the adversary proceeding that is the subject of this appeal: Secured Creditors.

**Part 2: Identify the Subject of this Appeal**

    1.    *Order Denying Noteholders' Motion for Order Converting this Case to Chapter 7* [Docket No. 232].

    2.    Date of Entry of Order: January 24, 2023.

**Part 3: Identify the Other Parties to the Appeal**

    1.    Appellees: Debtor SureFunding, LLC.

MORRIS JAMES LLP
Carl N. Kunz, III (DE Bar No. 3201)
Jeffrey R. Waxman (DE Bar No. 4159)
Jason S. Levin (DE Bar No. 6434)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
E-mail: ckunz@morrisjames.com
E-mail: jwaxman@morrisjames.com
E-mail: jlevin@morrisjames.com

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts**

    1.    N/A

Dated: February 7, 2023
Wilmington, Delaware

**BLANK ROME LLP**

By: */s/ Lawrence R. Thomas III*
Victoria A. Guilfoyle (No. 5183)
Stanley B. Tarr (No. 5535)
Lawrence R. Thomas III (No. 6935)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

Email: tori.guilfoyle@blankrome.com
stanley.tarr@blankrome.com
lorenzo.thomas@blankrome.com

-and-

Kenneth J. Ottaviano (admitted *pro hac vice*)
William J. Dorsey (admitted *pro hac vice*)
Paige B. Tinkham (admitted *pro hac vice*)
444 West Lake Street, Suite 1650
Tel:  (312) 776-2600
Fax:  (312) 776-2601
Email: Kenneth.Ottaviano@blankrome.com
William.Dorsey@blankrome.com
Paige.Tinkham@blankrome.com

*Attorneys for the Noteholders*