## **EXHIBIT 5**

Will be made available for in camera inspection