## EXHIBIT A

**To Be Filed**