**<u>EXHIBIT B</u>**

**To Be Filed**