February 22, 2024

United States Bankruptcy Court District of Delaware

Attn: Judge Silverstein

SureFunding, LLC Case 20-10953-LLL *LSS*



RECEIVED

2024 FEB 23  PM 4:31

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**OBJECTION TO MOTION OF THE ROSNER LAW GROUP LLC TO WITHDRAW AS COUNSEL**

**CTJT FAMILY TRUST, HARRAY HOLDINGS TRUST, SCTOT, LLC, SURECLICK, LLC, MARKETPLACE CAPITAL STRATEGIES, LLC, MCS US, LLC, JUSTIN AND LORNA ABERNATHY, THE JUSTIN ABERNATHY 2015 GRAT, MARKETPLACE ADVISORS, LLC, JUSTIN ABERNATHY AND JASON ABERNATHY OBJECT TO THE WITHDRAWAL OF THE ROSNER LAW GROUP AS COUNSEL.**

None of The Rosner clients have been able to get representation in order to take the appropriate steps to know what needs to be done in the above matter and ask for a continuance to get legal representation to counsel on this matter.

Mr Leonhardt was asked before the withdrawal being filed to hold off and have a call and advice his clients of how this process works and allow for either himself or someone else at the Rosner Law Group to work with their clients to ensure a smooth transition of work product, files and knowledge.  The request was ignored and had put an undo burden on the clients at a very important time.

I reached out to the court today, prior to the objection deadline, and was informed that I needed to mail a letter stating the objection to the withdrawal and requesting a continuance.

With Gratitude,

Jason Abernathy

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February, 2024, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Letter to the Court by CTJT Family Trust, HARRAY Holdings Trust, SCTOT, LLC, SureClick, LLC, Marketplace Capital Strategies, LLC, MCS US, LLC, Justin and Lorna Abernathy, The Justin Abernathy 2015 GRAT, Marketplace Advisors, LLC, Justin Abernathy and Jason Abernathy to Motion of The Rosner Law Group to Withdraw as Counsel* upon the parties that are registered to receive notice via the Court's CM/ECF notification system and additional service was completed by electronic mail on the parties indicated on the attached service list.

/s/ Jason Abernathy
Jason Abernathy

**SERVICE LIST**

Timothy J. Fox, Jr., Esquire
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35 Wilmington, DE 19801
E-mail: timothy.fox@usdoj.gov

*Office of the United States Trustee*

Stanley B. Tarr, Esquire
Lawrence R. Thomas III, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800 Wilmington, Delaware 19801
E-mail: stanley.tarr@blankrome.com E-mail: lorenzo.thomas@blankrome.com

Kenneth J. Ottaviano, Esquire William J. Dorsey, Esquire Paige B. Tinkham, Esquire Blank Rome LLP

444 West Lake Street, Suite 1650 Chicago, IL 60606
E-mail: kottaviano@blankrome.com E-mail: wdorsey@blankrome.com E-mail: ptinkham@blankrome.com

*Attorneys for the Noteholders*

Scott J. Leonhardt, Esquire
The Rosner Law Group LLC
824 N. Market Street, Suite 810 Wilmington, Delaware 19801 E-mail:
leonhardt@teamrosner.com

*Counsel for the Abernathys*

Lucian B. Murley, Esq.
SAUL EWING LLP
1201 N. Market Street, Suite 2300 P.O. Box 1266
Wilmington, DE 19899
E-mail: luke.murley@saul.com

*Attorneys for Alfred T. Giuliano, Liquidating Trustee of SureFunding, LLC*

Mr. Tony Lillios
E-mail: tony.lillios@gmail.com

Mr. Richard Manders
E-mail: RM@freescalecoaching.com

Wayne J. James, LLM
James Carter & Associates, LLC 2903 Lepage St, # 3
New Orleans, LA 70119
E-mail: waynejam1@yahoo.com

Seth A. Niederman
Fox Rothschild LLP
919 North Market Street, Suite 300 Wilmington, DE 19899
E-mail: sniederman@foxrothschild.com

Jason Abernathy (jason@theabernathygroup.com) Justin Abernathy
(justin@theabernathygroup.com)

Christopher A. Ward, Esq. Polsinelli
222 Delaware Avenue, Suite 1101 Wilmington, DE 19801
E-mail: cward@polsinelli.com

FedEx

ORIGIN ID:SIGA (787) 405-9212
JASON ABERNATHY
SURECLICK LLC
425 ROAD 693
PMB 310
Dorado, PR 00646
UNITED STATES, US

SHIP DATE: 22FEB24
ACTWGT: 0.25 LB
CAD: 006998631/SSFE2500

BILL THIRD PARTY
EIN/VAT:

TO ATTN JUDGE SILVERSTEN
US BANKRUPTCY CT DISTRICT DELAWARE
824 NORTH MARKET ST

Wilmington, DE 19801
UNITED STATES, US
(302) 252-2925

(US)

XE ZWIA
AWB
PKG:ENV

TRK# 2713 0975 2824           Form 0430

FRI - 23 FEB 10:30A
INTL PRIORITY

REF:
DESC1: DOCUMENTS - A PAPER THAT PROVIDES INFORMATION INCLUDING PERS
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

COUNTRY MFG: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 1.00 USD

SIGN: JASON ABERNATHY
T/C: 0  240578840
D/T: R

FEDEX AWB COPY - PLACE IN POUCH

The Montreal or Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or damage to your shipment. Subject to the sender's contract on the reverse.

RT 747
1  10:30
C  2824
02:23

Align top of FedEx Express® shipping label here.

ORIGIN ID:SIGA (787) 405-9212
JASON ABERNATHY
SURECLICK LLC
425 ROAD 693
PMB 310
DORADO, PR 00646
UNITED STATES US

SHIP DATE: 22FEB24
ACTWGT: 0.25 LB
CAD: 006998631/SSFE2500

BILL THIRD PARTY
NO EEI 30.37(a)

TO ATTN JUDGE SILVERSTEN
US BANKRUPTCY CT DISTRICT DELAWARE
824 NORTH MARKET ST

WILMINGTON DE 19801
(302) 252-2925
PO:
INV:
REF:
DEPT:

(US)

FedEx Express

TRK# 2713 0975 2824           0430

XE ZWIA

FRI - 23 FEB 10:30A
INTL PRIORITY

19801
DE-US   PHL

E