# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SureFunding, LLC, | Case No. 20-10953 (LSS) |
| Debtor. | **Related to Docket Nos. 382** |

## ORDER GRANTING IN PART AND DENYING IN PART REQUEST FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINSTRATIVE EXPENSE CLAIM

For the reasons set forth in the April 3, 2024 Letter Opinion [Docket No. 494] and at the April 9, 2024 hearing, the Motion of Harray Holdings Trust, CTJT Family Trust, SCTOT, LLC and SureClick, LLC for Allowance and Immediate Payment of Administrative Expense Claim and Reservation of Rights [Docket No. 382] is **GRANTED IN PART AND DENIED IN PART AS FOLLOWS:**

1. Movants are granted an allowed administrative expense claim under 11 U.S.C. § 503(b)(1) in the amount of $505,258.50.

2. The request for immediate payment is denied, without prejudice.

Dated: April 10, 2024

Laurie Selber Silverstein
United States Bankruptcy Judge