# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SUREFUNDING, LLC,[1] | Case No. 20-10953 (LSS) |
| Debtor. | **Re: Docket No. 513** |

### NOTICE OF AMENDED[2] AGENDA FOR HEARING SCHEDULED FOR MAY 9, 2024 AT 2:00 P.M. BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, U.S. BANKRUPTCY COURT JUDGE, IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 6th FLOOR, COURTROOM 2, WILMINGTON, DELAWARE

This hearing will be conducted in-person, any exceptions must be approved by Chambers.

Parties may observe the hearing remotely by registering with the Zoom link below no later than May 8, 2024 at 4:00 p.m.

**To attend a hearing remotely, please register using the eCourtAppearance tool ([available here](#)) or on the court's website at [www.deb.uscourts.gov](http://www.deb.uscourts.gov).**

**\*The deadline to register for remote attendance is 4 PM (prevailing Eastern Time) the business day before the hearing unless otherwise noticed.\***

After the deadline has passed, an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.

## RESOLVED MATTER:

1. Motion of the Liquidating Trustee for Entry of an Order Extending the Time to Object to Claims [Docket No. 508; filed: 04/25/24]

   Response Deadline:    May 2, 2024 at 4:00 p.m.

   Responses Received: None

   Related Documents:

   A.    Certification of No Objection [Docket No. 509; filed: 05/03/24]

---

[1] The Debtor's mailing address is c/o Gavin/Solmonese LLC, 1007 N. Orange Street, 4th Fl. Suite 461. The last four digits of the Debtor's federal tax identification number is 7898.

[2] **All Amended Agenda items appear in bold.**

B.  Order Extending the Time Period Within Which the Liquidating Trustee May Objection to Claims [Docket No. 510; signed and docketed: 05/05/24]

Status: On May 5, 2024, the Court entered an order approving this motion.

## MATTERS GOING FORWARD AS A STATUS CONFERENCE:

2.  **Administrative Expense Motions**

    A.  Protective Request of Justin and Lorna Abernathy and the Justin Abernathy 2015 GRAT for Allowance and Payment of Administrative Expense Claim [Docket No. 445; filed: 12/11/23]

    B.  Request of HARRAY Holdings Trust, CTJT Family Trust, SCTOT, LLC and SureClick, LLC for Allowance and Payment of Administrative Expenses Incurred in Making a Substantial Contribution in this Case Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) [Docket No. 446; filed: 12/11/23]

    C.  Marketplace Capital Strategies, LLC Request for Allowance and Payment of Administrative Expense Claim and Reservation of Rights [Docket No. 449; filed: 12/11/23]

    D.  MCS US, LLC Request for Allowance and Payment of Administrative Expense Claim and Reservation of Rights [Docket No. 450; filed: 12/11/23]

    E.  Independent Director's Request and/or Claim for Payment of Director Fees or, in the Alternative Request for Allowance and Payment of Administrative Expense [Docket No. 453; filed: 12/14/23]

    Responses Received:

    F.  Preliminary Omnibus Objection of Morris James LLP to Requests for Allowance of Administrative Expenses [Docket No. 489; filed: 03/11/24]

    Related Documents:  None

    Status: These administrative requests are going forward as a status conference.

3.  Initial Motion of CTJT Family Trust, HARRAY Holdings Trust, SCTOT, LLC, SureClick, LLC, Marketplace Capital Strategies, LLC, MCS US, LLC, Justin and Lorna Abernathy, the Justin Abernathy 2015 GRAT, Marketplace Advisors, LLC, Justin Abernathy and Jason Abernathy Pursuant to Bankruptcy Rules 9023 and 9024 and 11 U.S.C. § 105 to Vacate and/or Modify Order Approving Debtor Professionals' Final Fee Applications [Docket No. 488; filed: 03/11/24]

    Responses Received: None to date

    Related Documents:  None

    Status: This motion is going forward as a status conference.

4.  The Liquidating Trustee's Status Report Regarding Certain Litigation Matters [Docket No. 511; filed: 05/06/24**]**

**CONTESTED MATTER GOING FORWARD:**

5.  Trustee's Motion for Specific Authorization to Pay Liquidating Trust Expenses [Docket No. 487; filed: 03/11/24]

    Response Deadline:   March 20, 2024 at 4:00 p.m.  Extended for CTJT Family Trust, HARRAY Holdings Trust, SCTOT, LLC, SureClick, LLC, Marketplace Capital Strategies, LLC, MCS US, LLC, Justin and Lorna Abernathy, the Justin Abernathy 2015 GRAT, Marketplace Advisors, LLC, Justin Abernathy and Jason Abernathy until May 6, 2024.

    Responses Received:

    A.  The Abernathy Parties' Limited Objection to Trustee's Motion for Specific Authorization to Pay Liquidating Trust Expenses [Docket No. 512; filed: 05/06/24]

    B.  **The Abernathy Parties' Corrected Limited Objection to Trustee's Motion for Specific Authorization to Use Funds to Pay Liquidating Trust Expenses [Docket No. 514; filed: 05/08/24]**

    Related Documents:  None

    Status: This matter is going forward.

Dated: May 9, 2024                                    **SAUL EWING LLP**

                                                By:   */s/ Lucian B. Murley*
                                                      Lucian B. Murley (DE Bar No. 4892)
                                                      1201 N. Market Street, Suite 2300
                                                      P.O. Box 1266
                                                      Wilmington, DE 19899
                                                      Telephone: (302) 421-6898
                                                      luke.murley@saul.com

                                                      *Attorneys for Alfred T. Giuliano, Liquidating Trustee of SureFunding, LLC*