### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SUREFUNDING, LLC, | Case No. 20-10953 (LSS) |
| Debtor. | **Related D.I. 487** |

### ORDER GRANTING TRUSTEE'S MOTION FOR SPECIFIC AUTHORIZATION TO PAY LIQUIDATING TRUST EXPENSES

The Court having considered the motion (the "**Motion**")[1] of the Trustee for an order authorizing him to use Effective Date Funds to pay Liquidating Trust Expenses, and the Court having jurisdiction to consider the Motion and the relief requested therein; and due and sufficient notice of the Motion having been given; and the Court having reviewed the Motion and considered the arguments made at the hearing, if any; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Alfred T. Giuliano, the current Liquidating Trustee under the Plan and any successor liquidating trustee (the "Liquidating Trustee"), is authorized to pay Liquidating Trust Expenses pursuant to the Plan, including any professional fees and reimbursements or expenses incurred by the Liquidating Trustee subsequent to the Effective Date without application to this Court, notwithstanding any formal or informal objections to such payment from any party-in-interest.

---

[1] Any capitalized term not otherwise defined herein shall have the same meaning as that ascribed to it in the Motion.

51861003.3

3. Other than the clarifying statement in the foregoing paragraph, this Order shall not be deemed to alter, amend, update, or modify the Plan or the Confirmation Order, nor shall this Order be deemed to affect the rights and obligations of the Liquidating Trustee or any other party.

4. The Court retains jurisdiction to interpret and enforce the terms of this Order.

**Dated: May 9th, 2024**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

2

51861003.3