IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*:<br><br>SUREFUNDING, LLC,<br><br>                              Debtor. | Chapter 11<br><br>Case No. 20-10953 (LSS)<br><br>**RE: D.I. 533** |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

UPON THE MOTION OF Klein LLC and Julia Bettina Klein (together, the "Firm") to withdraw as counsel for CTJT Family Trust, HARRAY Holdings Trust, SCTOT, LLC, SureClick, LLC, Marketplace Capital Strategies, LLC, MCS US, LLC, Justin and Lorna Abernathy, the Justin Abernathy 2015 GRAT, Marketplace Advisors, LLC, Justin Abernathy, and Jason Abernathy (collectively, the "Abernathys");

IT HEREBY IS ORDERED THAT

1.     The Motion is GRANTED.

2.     Pursuant to Bankr. L.R. 9010-2, the Firm hereby is WITHDRAWN from the representation of the Abernathys.

3.     The Firm shall provide electronic notice of the entry of this order to the Abernathys within one business day.

**Dated: November 20th, 2024**
**Wilmington, Delaware**

*[signature]*
**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**