**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SUREFUNDING, LLC,[1] | Case No. 20-10953 (LSS) |
| Debtor. | Jointly Administered |

## CERTIFICATION OF COUNSEL REGARDING OMNIBUS HEARING DATE

I, Lucian B. Murley, counsel to Alfred T. Giuliano, the Liquidating Trustee for the Estate of SureFunding, LLC (the "Liquidating Trustee") in the above-captioned case, hereby certify as follows:

1.      Counsel to the Liquidating Trustee received the omnibus hearing date from Judge Silverstein's courtroom deputy.

2.      Enclosed herewith is a proposed Order that states with specificity the time and date of the omnibus hearing presently scheduled, subject to Court approval.

3.      The Liquidating Trustee respectfully requests that the Court enter the Order Scheduling Omnibus Hearing Date.

Dated: December 2, 2024

**SAUL EWING LLP**

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: 302-421-6898
luke.murley@saul.com

*Attorneys for Alfred T. Giuliano, the Liquidating Trustee*
*for the Estate of SureFunding, LLC*

---

[1]      The Debtor's mailing address is c/o Gavin/Solmonese LLC, 1007 N. Orange Street, 4th Fl. Suite 461.  The last four digits of the Debtor's federal tax identification number is 7898.