## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SUREFUNDING, LLC, | Case No. 20-10953 (LSS) |
| Debtor. | RE: D.I. 600 |

### ORDER GRANTING JOINT MOTION TO WITHDRAW AS COUNSEL

UPON THE JOINT MOTION OF Michael F. Holbein and Smith, Gambrell & Russell, LLP (collectively, "SGR") and Michael D. DeBaecke and Ashby & Geddes, P.A. (collectively, "A&G" and together with SGR, the "Firms") to withdraw as counsel for Justin Abernathy and Jason Abernathy:

**IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED.

2. Pursuant to Bankr. L.R. 9010-2, the Firms hereby are WITHDRAWN from the representation of Justin Abernathy and Jason Abernathy, effective as of December 15, 2025.

3. This Order does not affect the Firms' continuing representation of Lorna Abernathy; the CTJT Family Trust; HARRAY Holdings Trust; SCTOT, LLC; SureClick, LLC; Marketplace Capital Strategies, LLC; MCS US, LLC; The Justin Abernathy 2015 GRAT; or Marketplace Advisors, LLC.

4. The Firms shall provide electronic notice of the entry of this order to Justin Abernathy and Jason Abernathy within one business day.

{02192515;v1}

**Dated: January 6th, 2026**
**Wilmington, Delaware**